Dario de Ghetaldi - Bar No. 126782
Jerry E. Nastari - Bar No. 151756
Amanda L. Riddle - Bar No. 215221
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, California  94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144

Colleen Duffy Smith - Bar No. 161163
Michael G. Reedy - Bar No. 161002
MCMANIS, FAULKNER & MORGAN
50 West San Fernando Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Plaintiffs' Co-Counsel
[Other Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SAN DIEGO, COUNTY OF MARIN, COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　Defendant. | Case No. C 07 2888 EMC<br><br>**PROOF OF SERVICE BY U.S. CERTIFIED RETURN RECEIPT REQUESTED MAIL** |

| | |
|---|---|
| 1 | PROOF OF SERVICE |

I, the undersigned, declare that I am over the age of 18 years and not a party to the within cause; my business address is 700 El Camino Real, Millbrae, California 94030.

I served the document(s) listed below as follows:

Date Served:        June 4, 2007

Document Served:    **CLASS ACTION COMPLAINT; CIVIL COVER SHEET; SUMMONS IN A CIVIL CASE; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF ASSIGNMENT OF CASE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE**

Parties Served:     See attached list.

[x]  **(BY CERTIFIED RETURN-RECEIPT REQUESTED MAIL)** I placed a true and correct copy of the document(s) in a sealed envelope with first class certified return-receipt requested postage fully prepaid in the United States Mail at Millbrae, California, addressed as shown on the attached list.

[ ]  **(BY PERSONAL SERVICE)** I served a true and correct copy of the document(s) by delivering them to the persons shown on the attached list.

[ ]  **(BY FEDERAL EXPRESS)** I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list in accordance with standard Federal Express Overnight delivery procedures.

[ ]  **(BY FAX)** I transmitted by facsimile a true and correct copy of the document(s) to the persons shown on the attached list.

[ ]  (State)    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

[x]  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

The original of any document filed with the court was printed on recycled paper.

Executed on June 4, 2007, at Millbrae, California.

_____
Angelique Presidente

| | |
|---|---|
| 1 | Service List |
| 2 | Michael O. Leavitt |
| | Secretary of the United States Department of Health and Human Services |
| 3 | 200 Independence Avenue, SW |
| | Washington D.C. 20201 |