# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

COUNTY OF SANTA CRUZ, COUNTY OF SONOMA,
COUNTY OF SAN DIEGO, COUNTY OF MARIN,
COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS
OBISPO, and COUNTY OF MONTEREY, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

   V.

MICHAEL O. LEAVITT, SECRETARY OF THE UNITED
STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 2888

EMC

To: Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, 200 Independence Avenue, SW, Washington, D.C. 20201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Dario de Ghetaldi, Esq.
Corey, Luzaich, Pliska, de Ghetaldi & Nastari LLP
700 El Camino Real
Millbrae, CA 94301

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE June 4, 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE June 4, 2007 |
| Name of SERVER Angelique Presidente | TITLE Secretary Corey, Luzaich, Pliska, deGhetaldi & Nastari LLP |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): U.S. Certified Return Receipt Requested Mail addressed to:

Michael O. Leavitt
Secretary of the United States Department of Health and Human Services
200 Independence Avenue, SW, Washington DC 20201

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 2, 2007
            Date

Signature of Server

700 El Camino Real
Address of Server
Millbrae, CA 94030

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure