Dario de Ghetaldi - Bar No. 126782
Jerry E. Nastari - Bar No. 151756
Amanda L. Riddle - Bar No. 215221
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, California 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144

Colleen Duffy Smith - Bar No. 161163
Michael G. Reedy - Bar No. 161002
MCMANIS, FAULKNER & MORGAN
50 West San Fernando Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Plaintiffs' Co-Counsel
[Other Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SAN DIEGO, COUNTY OF MARIN, COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL O. LEAVITT, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Case No. C 07 2888 EMC<br><br>**PROOF OF SERVICE BY U.S. MAIL TO THE U.S. ATTORNEY'S OFFICE** |

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 years and not a party to the within cause; my business address is 700 El Camino Real, Millbrae, California 94030.

I served the document(s) listed below as follows:

Date Served:        August 2, 2007

Document Served:    **PROOF OF SERVICE BY U.S. MAIL TO THE U.S. ATTORNEY'S OFFICE**

Parties Served:     See attached list.

[x] **(BY MAIL)** I placed a true and correct copy of the document(s) in a sealed envelope with first class certified return-receipt requested postage fully prepaid in the United States Mail at Millbrae, California, addressed as shown on the attached list.

[ ] **(BY PERSONAL SERVICE)** I served a true and correct copy of the document(s) by delivering them to the persons shown on the attached list.

[ ] **(BY FEDERAL EXPRESS)** I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list in accordance with standard Federal Express Overnight delivery procedures.

[ ] **(BY FAX)** I transmitted by facsimile a true and correct copy of the document(s) to the persons shown on the attached list.

[ ] (State)    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

[x] (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

The original of any document filed with the court was printed on recycled paper.

Executed on August 2, 2007, at Millbrae, California.

_____
Angelique Presidente

## Service List

**Celeste E. Andersen**
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101

**Patricia Gomez**
Office County Counsel
1055 Monterey St #D320
San Luis Obispo, CA 93408

**James Lindholm**
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408

**Charles Joseph McKee**
Office of the County Counsel
County of Monterey
168 West Alisal Street
Third Floor
Salinas, CA 93901

**John James Sansone**
Office of the County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101

**Stephen Shane Stark**
Office of the County Counsel
105 E Anapamu St Suite 201
Santa Barbara, CA 93101-2000

**Steven M. Woodside**
County of Sonoma
575 Administration Dr. Rm. 105
Santa Rosa, CA 95403-2815

PROOF OF SERVICE BY U.S. MAIL TO THE U.S. ATTORNEY'S OFFICE