1  Dario de Ghetaldi - Bar No. 126782
   Jerry E. Nastari - Bar No. 151756
2  Amanda L. Riddle - Bar No. 215221
   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3  700 El Camino Real
   P.O. Box 669
4  Millbrae, California 94030-0669
   Telephone: (650) 871-5666
5  Facsimile: (650) 871-4144

6  Colleen Duffy Smith - Bar No. 161163
   Michael G. Reedy - Bar No. 161002
7  MCMANIS, FAULKNER & MORGAN
   50 West San Fernando Street, Suite 1000
8  San Jose, CA 95113
   Telephone: (408) 279-8700
9  Facsimile: (408) 279-3244

10 Plaintiffs' Co-Counsel
   [Other Counsel on Signature Page]
11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14

15 | COUNTY OF SANTA CRUZ, COUNTY OF  ) | Case No. C 07 2888 EMC
   | SONOMA, COUNTY OF SAN DIEGO,     ) |
16 | COUNTY OF MARIN, COUNTY OF SANTA ) |
   | BARBARA, COUNTY OF SAN LUIS      ) | **PROOF OF SERVICE BY U.S. MAIL TO**
17 | OBISPO, and COUNTY OF MONTEREY, on ) | **THE ATTORNEY GENERAL**
   | behalf of themselves and all others similarly ) |
18 | situated,                         ) |
                                       )
19           Plaintiffs,               )
                                       )
20      v.                             )
                                       )
21 MICHAEL O. LEAVITT, SECRETARY OF    )
   THE UNITED STATES DEPARTMENT OF     )
22 HEALTH AND HUMAN SERVICES,          )
                                       )
23           Defendant.                )
                                       )
24 _____)

25

26

27

28

---
PROOF OF SERVICE BY U.S. MAIL TO THE ATTORNEY GENERAL

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within cause; my business address is 700 El Camino Real, Millbrae, California 94030.

I served the document(s) listed below as follows:

Date Served:        August 2, 2007

Document Served:    **PROOF OF SERVICE BY U.S. MAIL TO THE ATTORNEY GENERAL**

Parties Served:     See attached list.

[x] **(BY MAIL)** I placed a true and correct copy of the document(s) in a sealed envelope with first class certified return-receipt requested postage fully prepaid in the United States Mail at Millbrae, California, addressed as shown on the attached list.

[ ] **(BY PERSONAL SERVICE)** I served a true and correct copy of the document(s) by delivering them to the persons shown on the attached list.

[ ] **(BY FEDERAL EXPRESS)** I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list in accordance with standard Federal Express Overnight delivery procedures.

[ ] **(BY FAX)** I transmitted by facsimile a true and correct copy of the document(s) to the persons shown on the attached list.

[ ] (State)    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

[x] (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

The original of any document filed with the court was printed on recycled paper.

Executed on August 2, 2007, at Millbrae, California.

_____
Angelique Presidente

# Service List

**Celeste E. Andersen**
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101

**Patricia Gomez**
Office County Counsel
1055 Monterey St #D320
San Luis Obispo, CA 93408

**James Lindholm**
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408

**Charles Joseph McKee**
Office of the County Counsel
County of Monterey
168 West Alisal Street
Third Floor
Salinas, CA 93901

**John James Sansone**
Office of the County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101

**Stephen Shane Stark**
Office of the County Counsel
105 E Anapamu St Suite 201
Santa Barbara, CA 93101-2000

**Steven M. Woodside**
County of Sonoma
575 Administration Dr. Rm. 105
Santa Rosa, CA 95403-2815

PROOF OF SERVICE BY U.S. MAIL TO THE ATTORNEY GENERAL