PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC  20530
Telephone:     (202) 514-3953
Facsimile:      (202) 616-8470
Email:  peter.robbins@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> ) <br> Defendant. ) <br> _____ ) | No. C 07-2888 EMC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sheila M. Lieber and Peter Robbins enter their appearances on behalf of defendant in the above-captioned matter. Further communications and correspondence in this case should be directed to:

>    Peter Robbins
>    U.S. Department of Justice
>    20 Massachusetts Ave, NW, Room 7142
>    Washington, DC  20530

|  |  |
|---|---|
| OF COUNSEL: <br> DANIEL MERON <br> General Counsel <br><br> JANICE L. HOFFMAN <br> Acting Associate General Counsel | Respectfully submitted, <br><br> PETER D. KEISLER <br> Assistant Attorney General <br><br> SCOTT N. SCHOOLS <br> United States Attorney |

NOTICE OF APPEARANCE
C 07-2888 EMC                                                        -1-

| | |
|---|---|
| MARK D. POLSTON<br>Deputy Associate<br>General Counsel for Litigation<br><br>GIOCONDA MOLINARI<br>H. ANTONY LIM<br>LAWRENCE J. HARDER<br>Attorneys, Office of General Counsel<br>Department of Health and Human Services | /s/ Peter Robbins<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice<br>20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953<br>Attorneys for Defendant |

C 07-2888 EMC                    -2-