PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC  20530
Telephone:    (202) 514-3953
Facsimile:    (202) 616-8470
Email:  peter.robbins@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., | No. C 07-2888 EMC |
| Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| MICHAEL O. LEAVITT, | |
| Defendant. | |

Defendant in the above-captioned action hereby respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and requests the reassignment of this case to a United States District Judge.

                                       Respectfully submitted,

OF COUNSEL:
DANIEL MERON                    PETER D. KEISLER
General Counsel                  Assistant Attorney General

JANICE L. HOFFMAN           SCOTT N. SCHOOLS
Acting Associate General Counsel  United States Attorney

| | |
|---|---|
| MARK D. POLSTON<br>Deputy Associate<br>General Counsel for Litigation<br><br>GIOCONDA MOLINARI<br>H. ANTONY LIM<br>LAWRENCE J. HARDER<br>Attorneys, Office of General Counsel<br>Department of Health and Human<br>Services | /s/ Peter Robbins<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice<br>20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C.  20530<br>Tel:  (202) 514-3953<br>Attorneys for Defendant |

DECLINATION OF MAGISTRATE; REQUEST FOR REASSIGNMENT
C 07-2888 EMC                          -2-