```
1   Dario de Ghetaldi - Bar No. 126782
    Jerry E. Nastari - Bar No. 151756
2   Amanda L. Riddle - Bar No. 215221
    COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3   700 El Camino Real
    P.O. Box 669
4   Millbrae, California 94030-0669
    Telephone: (650) 871-5666
5   Facsimile: (650) 871-4144

6   Colleen Duffy Smith - Bar No. 161163
    Michael G. Reedy - Bar No. 161002
7   MCMANIS, FAULKNER & MORGAN
    50 West San Fernando Street, Suite 1000
8   San Jose, CA 95113
    Telephone: (408) 279-8700
9   Facsimile: (408) 279-3244

10  Plaintiffs' Co-Counsel
    [Other Counsel on Signature Page]
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SAN DIEGO, COUNTY OF MARIN, COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, on behalf of themselves and all others similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br>  Defendant. | Case No. C 07 2888 EMC <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 years and not a party to the within cause; my business address is 700 El Camino Real, Millbrae, California 94030.

I served the document(s) listed below as follows:

Date Served:        August 3, 2007

Document Served:    See attached list.

Parties Served:     See attached list.

☒    **(BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)** I placed a true and correct copy of the document(s) in a sealed envelope with first class certified return-receipt requested postage fully prepaid in the United States Mail at Millbrae, California, addressed as shown on the attached list.

☐    **(BY PERSONAL SERVICE)** I served a true and correct copy of the document(s) by delivering them to the persons shown on the attached list.

☐    **(BY FEDERAL EXPRESS)** I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list in accordance with standard Federal Express Overnight delivery procedures.

☐    **(BY FAX)** I transmitted by facsimile a true and correct copy of the document(s) to the persons shown on the attached list.

☐    (State)    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

☒    (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

The original of any document filed with the court was printed on recycled paper.

Executed on August 9, 2007, at Millbrae, California.

_____
Angelique Presidente

**Documents Served**

Magistrate Chen's Case Management Conference Order

Notice and Assignment of Case to a United States Magistrate Judge for Trial

Notice of Availability of Magistrate Judge to Exercise Jurisdiction

ECF Registration Information Handout

Guidelines of the U.S. District Court for the Northern District of California

## Service List

Civil Process Clerk
United States Attorney, Northern District of California
450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102

U.S. Department of Justice, Room B103
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001