PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone:    (202) 514-3953
Facsimile:    (202) 616-8470
Email: peter.robbins@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| COUNTY OF SANTA CRUZ, et al., | ) No. C 07-2888 MJJ |
|---|---|
| Plaintiffs, | ) |
| v. | ) **STIPULATION AND (PROPOSED) ORDER TO ENLARGE TIME TO FILE ANSWER AND/OR RESPONSIVE MOTION** |
| MICHAEL O. LEAVITT, | ) |
| Defendant. | ) |

The parties in the above-captioned action hereby stipulate that defendant shall have up to and including October 23, 2007 in which to file his answer and/or responsive motion. Defendants' answer and/or responsive motion is currently due to be filed on October 1, 2007. No previous enlargements have been requested, and the enlargement does not change the date of any

STIPULATION AND (PROPOSED) ORDER TO ENLARGE TIME
C 07-2888 MJJ                           -1-

1  proceedings scheduled by this Court.  The content of this stipulation is acceptable to counsel for
2  plaintiffs.

3                                        Respectfully submitted,

5                                        /s/ Dario de Ghetaldi
                                      DARIO DE GHETALDI
                                      Corey, Luzaich, Pliska, de Ghetaldi & Nastari LLP
                                      700 El Camino Real
                                      P.O. Box 669
                                      Millbrae, California 94030-0669
                                      Telephone: (650) 871-5666
                                      Facsimile: (650) 871-4144

10                                        Respectfully submitted,

11                                        /s/ Peter Robbins
                                      PETER ROBBINS
12                                        Department of Justice
                                      20 Massachusetts Avenue, N.W., Room 7142
13                                        Washington, D.C.  20530
                                      Tel:  (202) 514-3953
14                                        Attorneys for Defendant

15  
   SO ORDERED:
16  

18  _____
   DATE                                                                                      UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that, this 28th day of September, 2007, I caused copies of the foregoing Stipulation and accompanying Declaration of Peter Robbins to be served electronically on the following persons at the following electronic addresses:

Dario DeGhetaldi
deg@coreylaw.com

Colleen Duffy Smith
cduffysmith@mfmlaw.com,spuumala@mfmlaw.com

Patrick Key Faulkner
pfaulkner@co.marin.ca.us,jmichaels@co.marin.ca.us

Jack F. Govi
jgovi@co.marin.ca.us,pjackson@co.marin.ca.us

William Merrill Litt
littw@co.monterey.ca.us

Dana Maureen McRae
dana.mcrae@co.santa-cruz.ca.us

Jerry E. Nastari
jen@coreylaw.com,deg@coreylaw.com

Michael Gannon Reedy
mreedy@mfmlaw.com,smaes@mfmlaw.com

Amanda L. Riddle
alr@coreylaw.com

Mari-Ann Gibbs Rivers
mrivers@co.marin.ca.us,adooley@co.marin.ca.us

and by first class mail, postage prepaid, on:

Celeste E. Andersen
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101

Patricia Gomez
Office County Counsel
1055 Monterey St #D320
San Luis Obispo, CA 93408

James Lindholm
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408

STIPULATION AND (PROPOSED) ORDER TO ENLARGE TIME
C 07-2888 MJJ

| | |
|---|---|
| 1 | Charles Joseph McKee |
| 2 | Office of the County Counsel |
|   | County of Monterey |
|   | 168 West Alisal Street |
| 3 | Third Floor |
|   | Salinas, CA 93901 |
| 4 | |
|   | John James Sansone |
| 5 | Office of the County Counsel |
|   | 1600 Pacific Highway, Room 355 |
| 6 | San Diego, CA 92101 |

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  

Charles Joseph McKee  
Office of the County Counsel  
County of Monterey  
168 West Alisal Street  
Third Floor  
Salinas, CA 93901  

John James Sansone  
Office of the County Counsel  
1600 Pacific Highway, Room 355  
San Diego, CA 92101  

Stephen Shane Stark  
Office of the County Counsel  
105 E Anapamu St Suite 201  
Santa Barbara, CA 93101-2000  

Steven Michael Woodside  
County of Sonoma  
575 Administration Dr. Rm. 105  
Santa Rosa, CA 95403-2815  

September 28, 2007             /s/ PETER ROBBINS  
                               PETER ROBBINS  

STIPULATION AND (PROPOSED) ORDER TO ENLARGE TIME  
C 07-2888 MJJ                    -4-