IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> ) <br> Defendant. ) <br> ) | No. C 07-2888 MJJ <br><br> **DECLARATION IN SUPPORT OF UNOPPOSED STIPULATION TO ENLARGE TIME TO FILE ANSWER AND/OR RESPONSIVE MOTION** |

### DECLARATION OF PETER ROBBINS

I, Peter Robbins, declare and state as follows:

Pursuant to paragraph 7 of this Court's Standing Order, I proffer the following declaration as to the reasons for this three-week enlargement: This action seeks to compel the Secretary of Health and Human Services to change the way Medicare payments are calculated for physician services under a complicated statutory formula set forth in 42 U.S.C. § 1395w-4. The seven-count complaint, which is 367 paragraphs long, claims that the current payment structure violates the statutory and constitutional rights of counties in California for numerous reasons. Defendant anticipates that he will file a motion to dismiss. The motion will address these complex issues on the merits, as well as raising issues of subject-matter jurisdiction that have been the focus of repeated litigation. See, e.g., Painter v. Shalala, 97 F.3d 1351 (10th Cir. 1996); Am. Acad. of Ophthalmology v. Sullivan, 998 F.2d 377 (6th Cir. 1993); Am. Soc'y of Cataract & Refractive Surgery v. Thompson, 279 F.3d 447 (7th Cir. 2002). The purpose of the enlargement is to give defendant a chance to confer fully with counsel and provide this Court with the most complete

and useful statement of his position on issues of significant importance to the administration of the Medicare program throughout the United States.

 I declare under penalty of perjury that the foregoing is true and correct.

September 28, 2007        /s/ PETER ROBBINS
                PETER ROBBINS

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that, this 28th day of September, 2007, I caused copies of the foregoing document to be served electronically on the following persons at the following electronic addresses:

Dario DeGhetaldi
deg@coreylaw.com

Colleen Duffy Smith
cduffysmith@mfmlaw.com,spuumala@mfmlaw.com

Patrick Key Faulkner
pfaulkner@co.marin.ca.us,jmichaels@co.marin.ca.us

Jack F. Govi
jgovi@co.marin.ca.us,pjackson@co.marin.ca.us

William Merrill Litt
littw@co.monterey.ca.us

Dana Maureen McRae
dana.mcrae@co.santa-cruz.ca.us

Jerry E. Nastari
jen@coreylaw.com,deg@coreylaw.com

Michael Gannon Reedy
mreedy@mfmlaw.com,smaes@mfmlaw.com

Amanda L. Riddle
alr@coreylaw.com

Mari-Ann Gibbs Rivers
mrivers@co.marin.ca.us,adooley@co.marin.ca.us

and by first class mail, postage prepaid, on:

Celeste E. Andersen
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101

Patricia Gomez
Office County Counsel
1055 Monterey St #D320
San Luis Obispo, CA 93408

James Lindholm
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408

Charles Joseph McKee
Office of the County Counsel
County of Monterey
168 West Alisal Street
Third Floor
Salinas, CA 93901

John James Sansone
Office of the County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101

Stephen Shane Stark
Office of the County Counsel
105 E Anapamu St Suite 201
Santa Barbara, CA 93101-2000

Steven Michael Woodside
County of Sonoma
575 Administration Dr. Rm. 105
Santa Rosa, CA 95403-2815

September 28, 2007         /s/ PETER ROBBINS
                           PETER ROBBINS