PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC  20530
Telephone:    (202) 514-3953
Facsimile:      (202) 616-8470
Email:  peter.robbins@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT,<br><br>　　　Defendant. | No. C 07-2888 MJJ<br><br>**STIPULATION AND (PROPOSED) ORDER TO ENLARGE TIME TO FILE ANSWER AND/OR RESPONSIVE MOTION** |

　　The parties in the above-captioned action hereby stipulate that defendant shall have up to and including October 23, 2007 in which to file his answer and/or responsive motion.  Defendants' answer and/or responsive motion is currently due to be filed on October 1, 2007.  No previous enlargements have been requested, and the enlargement does not change the date of any

STIPULATION AND (PROPOSED) ORDER TO ENLARGE TIME
C 07-2888 MJJ                                       -1-

proceedings scheduled by this Court. The content of this stipulation is acceptable to counsel for plaintiffs.

Respectfully submitted,

/s/ Dario de Ghetaldi
DARIO DE GHETALDI
Corey, Luzaich, Pliska, de Ghetaldi & Nastari LLP
700 El Camino Real
P.O. Box 669
Millbrae, California 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144


Respectfully submitted,

/s/ Peter Robbins
PETER ROBBINS
Department of Justice
20 Massachusetts Avenue, N.W., Room 7142
Washington, D.C. 20530
Tel: (202) 514-3953
Attorneys for Defendant

SO ORDERED:

10/02/07
DATE

UNITED STATES DISTRICT JUDGE

Judge Martin J. Jenkins

STIPULATION AND (PROPOSED) ORDER TO ENLARGE TIME
C 07-2888 MJJ                                -2-