1  Dario de Ghetaldi - Bar No. 126782
   Jerry E. Nastari - Bar No. 151756
2  Amanda L. Riddle - Bar No. 215221
   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3  700 El Camino Real
   P.O. Box 669
4  Millbrae, California  94030-0669
   Telephone: (650) 871-5666
5  Facsimile: (650) 871-4144

6  Colleen Duffy Smith - Bar No. 161163
   Michael G. Reedy - Bar No. 161002
7  MCMANIS, FAULKNER & MORGAN
   50 West San Fernando Street, Suite 1000
8  San Jose, CA 95113
   Telephone: (408) 279-8700
9  Facsimile: (408) 279-3244

10 Plaintiffs' Co-Counsel
   [Other Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. ) | Case No. C 07-2888 MJJ |
| ) | |
| Plaintiffs, ) | |
| ) | **[PROPOSED] RELATED CASE ORDER** |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiffs have filed a motion for administrative relief (Civil L.R. 3-12) to consider whether the following cases should be related:

1. *County of Santa Cruz, et al. v. Michael O. Leavitt, Secretary of the United States Department of Health and Human Services*, Case No. C 07-02888 MJJ (N.D. Cal.; filed June 4, 2007); and

/ / /

1

1  2.  *County of Santa Cruz, et al. v. Centers for Medicare and Medicaid Services*, Case
2  No. 07 C-02889 MCC (N.D. Cal.; filed June 4, 2007).

3  **ORDER**

4  Good cause appearing, as the judge assigned to the earliest filed case, I find that the more
5  recently filed case is related to the case assigned to me, and such case shall be reassigned to me.
6  Counsel are instructed that all future filings in the reassigned case are to bear the initials of
7  the newly assigned judge immediately after the case number. Any case management conference in
8  the reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the
9  conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise
10 ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving
11 party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect;
12 and any deadlines established in a case management order continue to govern, except dates for
13 appearance in court, which will be rescheduled by the newly assigned judge.
14 Dated:_____

15
16                                              _____
                                                Judge Martin J. Jenkins

17
18
19
20
21
22
23
24
25
26
27
28

2