UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge: MARTIN J. JENKINS**

**Date**: October 16, 2007

**Case No:** C 07-02888 MJJ

**Case Title**: COUNTY OF SANTA CRUZ, et al.  v.  MICHAEL LEAVITT

**Appearances:**

    For Plaintiff(s): Dario de Ghetaldi, Colleen Duffy-Smith

    For Defendant(s): Peter Robbins

**Deputy Clerk**:  Rowena B. Espinosa      **Court Reporter**: not reported

### PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER: ( ) Granted
    ( ) Denied
    ( ) Granted in part/Denied in part
    ( ) Taken under submission
    ( ) Withdrawn/Off Calendar
    (X) Continued to: **Tuesday, 01/15/08 @ 2:00 PM for Status**

### SUMMARY

- Motion to Dismiss to be heard by December.