PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone:   (202) 514-3953
Facsimile:   (202) 616-8470
Email: peter.robbins@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. | Case No. C 07-2888 MJJ |
| Plaintiffs, | **DEFENDANT'S EXHIBIT A** |
| v. | |
| MICHAEL O. LEAVITT, | |
| Defendant. | |

PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney
Northern District of California

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave., NW, Rm 7142
Washington, DC 20530
Telephone: (202) 514-3953
Facsimile:  (202) 616-8470
E-Mail: peter.robbins@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COUNTY OF SANTA CRUZ, *ET AL.*, | CASE NO. C 07-2888 MJJ |
|---|---|
| Plaintiffs, | **DECLARATION OF WILLIAM HARDWICK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| MICHAEL O. LEAVITT, | |
| Defendants. | |

0911.065\9992

---
Declaration of William Hardwick

**DECLARATION OF WILLIAM HARDWICK**

I, William Hardwick, declare and state as follows:

1. I am employed by National Heritage Insurance Company ("NHIC"), as a Claims Manager. I have held this position for the past 6 years. Among the responsibilities assigned to me is to oversee records regarding the payment of Medicare Part B suppliers.

2. The facts set forth in this declaration are either personally known to me to be true, or I have ascertained them from NHIC computer and paper records and files, which have been maintained by NHIC employees in the performance of their job responsibilities, and in the ordinary course of their duties and responsibilities. Said records and files are prepared to record acts, conditions and events at or near the time said acts, conditions and events occur.

3. NHIC is a private insurance company which, under contract with the Department of Health and Human Services ("HHS"), Centers for Medicare and Medicaid Services ("CMS"), acts as a "Carrier" for the Health Care Insurance for the Aged and Disabled Program, 42 U.S.C. § 1395 et seq. ("Medicare"). *See, e.g.*, 42 U.S.C. § 1395h. As a carrier, NHIC assists CMS in the day to day operations of Medicare claims processing, by *inter alia*, making initial reimbursement determinations regarding Medicare "suppliers" which provide outpatient medical services to Medicare beneficiaries, and making payments to such suppliers.

4. During my employment with NHIC, I have become and am fully familiar with NHIC's and Medicare's methods and procedures for compiling and maintaining data concerning Medicare Part B suppliers. I know that said methods and procedures

1  are generally reliable, accurate and trustworthy, and that we rely on the records and data
2  in the course of our routine business at NHIC.

4      5.    In the course of its work as a carrier, NHIC maintains the payment and
5  enrollment records of Medicare suppliers, such as claims submitted for services
6  rendered, Medicare payments made in reimbursement of such claims, and supplier
7  enrollment and disenrollment information. NHIC also compiles financial data for
8  reports to CMS.

10     6.    I have reviewed the Class Action Complaint plaintiffs have filed in this
11 lawsuit. In that complaint seven counties allege that they participate in the Medicare
12 program, as "suppliers" of Medicare Part B services. I have reviewed enrollment and
13 payment records maintained by NHIC with respect to any participation by the plaintiffs
14 in this action in Medicare Part B.

16     7.    Based on NHIC records, four of the seven Plaintiff counties - Santa
17 Barbara, San Luis Obispo, San Diego and Monterey - are not Medicare Part B suppliers.

19     8.    There are no records showing that the counties of Santa Barbara and San
20 Luis Obispo have ever participated in the Medicare Part B program.

22     9.    Our records show that San Diego County became a Part B supplier in 1976,
23 but ceased participating in the Medicare Part B program in or about 1995. San Diego
24 County's Medicare supplier numbers were deactivated in 1995, after it had submitted
25 no bills to Medicare for services rendered for twelve months. In accordance with
26 Medicare rules, NHIC is required to deactivate supplier's enrollment in Medicare Part
27 B when it does not submit bills for payment for twelve months. As a supplier, San
28 Diego County had provided the following services: (1) Ambulance services (identified

with number ZZZ80728Z and the name "Heartland Paramedics") and, (2) clinical laboratory services (supplier number ZZZ59312Z and the name "County of San Diego Department of Public Health)." San Diego County is not presently a Medicare Part B supplier.

10. Our records show that Monterey County became a Medicare Part B supplier in 1985, but ceased participating in the Medicare Part B program in or about October 2006. NHIC deactivated Monterey County's Medicare supplier numbers in October 2006 because Monterey County had submitted no bills to Medicare for services rendered for twelve months. Monterey County provided obstetrics and gynecology services under supplier number "ZZZ20919Z." The last time Medicare issued payment under that supplier number was in 2003. Monterey County also used supplier-group numbers "00A455151; 00A707891; 00C364800; 00G263920; 00G314010; 00G446490; 00G509211; and 00G891271."

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing facts are true and correct, and that this declaration was executed on October __22__, 2007.

*William Hardwick*
William Hardwick, Declarant

0911.065\9992                                    -4-

Declaration of William Hardwick

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that, this 23rd day of October, 2007, I caused copies of the foregoing document to be served electronically on the following persons at the following electronic addresses:

Dario DeGhetaldi
deg@coreylaw.com

Colleen Duffy Smith
cduffysmith@mfmlaw.com,spuumala@mfmlaw.com

Patrick Key Faulkner
pfaulkner@co.marin.ca.us,jmichaels@co.marin.ca.us

Jack F. Govi
jgovi@co.marin.ca.us,pjackson@co.marin.ca.us

William Merrill Litt
littwm@co.monterey.ca.us, littw@co.monterey.ca.us

Dana Maureen McRae
dana.mcrae@co.santa-cruz.ca.us

Jerry E. Nastari
jen@coreylaw.com,deg@coreylaw.com

Michael Gannon Reedy
mreedy@mfmlaw.com,smaes@mfmlaw.com

Amanda L. Riddle
alr@coreylaw.com

Mari-Ann Gibbs Rivers
mrivers@co.marin.ca.us,adooley@co.marin.ca.us

and by first class mail, postage prepaid, on:

Celeste E. Andersen
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101

Patricia Gomez
Office County Counsel
1055 Monterey St #D320
San Luis Obispo, CA 93408

James Lindholm
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408

DEFENDANT'S EXHIBIT A
C 07 2888 MJJ

| | |
|---|---|
| 1 | Charles Joseph McKee |
| 2 | Office of the County Counsel<br>County of Monterey |
| 3 | 168 West Alisal Street<br>Third Floor |
| 4 | Salinas, CA 93901 |
| 5 | John James Sansone<br>Office of the County Counsel |
| 6 | 1600 Pacific Highway, Room 355<br>San Diego, CA 92101 |
| 7 | Stephen Shane Stark |
| 8 | Office of the County Counsel<br>105 E Anapamu St Suite 201 |
| 9 | Santa Barbara, CA 93101-2000 |
| 10 | Steven Michael Woodside<br>County of Sonoma |
| 11 | 575 Administration Dr. Rm. 105<br>Santa Rosa, CA 95403-2815 |

October 23, 2007     /s/ Peter Robbins
                     PETER ROBBINS

DEFENDANT'S EXHIBIT A
C 07 2888 MJJ