IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CRUZ, et al.   )
      Plaintiffs,   )   Case No. C 07-2888 MJJ
  v.   )
         )   **ORDER**
MICHAEL O. LEAVITT,   )
      Defendant.   )

Upon consideration of defendant's motion to dismiss, plaintiffs' opposition thereto, and the entire record herein, it is hereby

ORDERED that defendants' motion is GRANTED, and this case is DISMISSED.

_____      _____
DATE      UNITED STATES DISTRICT JUDGE