PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone:    (202) 514-3953
Facsimile:     (202) 616-8470
Email: peter.robbins@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **DEFENDANT'S NOTICE OF ONLINE** |
| | ) **AVAILABILITY** |
| MICHAEL O. LEAVITT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. C 07-2888 MJJ

    In his motion to dismiss the above-captioned action filed on October 23, 2007, defendant

inadvertently omitted the internet link at which the full text of Medicare: Geographic Areas Used

to Adjust Physician Payments for Variation in Practice Costs Should Be Revised (GAO 07-466

June 2007) can be found.  The document may be accessed by entering "07-466" into the

"SEARCH" box at the GAO website, www.gao.gov.

                                        Respectfully submitted,
OF COUNSEL:
DANIEL MERON                            PETER D. KEISLER
General Counsel                         Assistant Attorney General

1

2
CAROL J. BENNETT                          SCOTT N. SCHOOLS
Acting Associate General Counsel          United States Attorney

3
MARK D. POLSTON                           /s/ Peter Robbins
Deputy Associate                          SHEILA M. LIEBER
4
General Counsel for Litigation            PETER ROBBINS
                                          Department of Justice
5
GIOCONDA MOLINARI                         20 Massachusetts Avenue, N.W., Room 7142
H. ANTONY LIM                             Washington, D.C.  20530
6
Attorneys                                 Tel:  (202) 514-3953
U.S. Department of Health
7
and Human Services                        Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF ONLINE AVAILABILITY
C 07-2888 MJJ                             -2-

1

**<u>CERTIFICATE OF SERVICE</u>**

2

Pursuant to 28 U.S.C. § 1746, I hereby certify that, this 24th day of October, 2007, I caused

3

copies of the foregoing document to be served electronically on the following persons at the

4

following electronic addresses:

5

Dario DeGhetaldi
deg@coreylaw.com

6

Colleen Duffy Smith

7

cduffysmith@mfmlaw.com,spuumala@mfmlaw.com

8

Patrick Key Faulkner
pfaulkner@co.marin.ca.us,jmichaels@co.marin.ca.us

9

Jack F. Govi

10

jgovi@co.marin.ca.us,pjackson@co.marin.ca.us

11

William Merrill Litt
littwm@co.monterey.ca.us, littw@co.monterey.ca.us

12

Dana Maureen McRae

13

dana.mcrae@co.santa-cruz.ca.us

14

Jerry E. Nastari
jen@coreylaw.com,deg@coreylaw.com

15

Michael Gannon Reedy

16

mreedy@mfmlaw.com,smaes@mfmlaw.com

17

Amanda L. Riddle
alr@coreylaw.com

18

Mari-Ann Gibbs Rivers

19

mrivers@co.marin.ca.us,adooley@co.marin.ca.us

20

and by first class mail, postage prepaid, on:

21

Celeste E. Andersen
Office of the County Counsel

22

105 East Anapamu, Suite 201
Santa Barbara, CA 93101

23

Patricia Gomez

24

Office County Counsel
1055 Monterey St #D320

25

San Luis Obispo, CA 93408

26

James Lindholm
Office of the County Counsel

27

1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408

28

DEFENDANT'S NOTICE OF ONLINE AVAILABILITY
C 07-2888 MJJ

1   Charles Joseph McKee
    Office of the County Counsel
2   County of Monterey
    168 West Alisal Street
3   Third Floor
    Salinas, CA 93901
4
    John James Sansone
5   Office of the County Counsel
    1600 Pacific Highway, Room 355
6   San Diego, CA 92101

7   Stephen Shane Stark
    Office of the County Counsel
8   105 E Anapamu St Suite 201
    Santa Barbara, CA 93101-2000
9
    Steven Michael Woodside
10  County of Sonoma
    575 Administration Dr. Rm. 105
11  Santa Rosa, CA 95403-2815

12
    October 24, 2007                    /s/ Peter Robbins
13                                      PETER ROBBINS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF ONLINE AVAILABILITY
C 07-2888 MJJ