UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ COUNTY et al, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT et al, <br><br> Defendant. | Case Number: CV07-02888 MJJ <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Celeste E. Andersen
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101

Charles Joseph McKee
Office of the County Counsel
County of Monterey
168 West Alisal Street
Third Floor
Salinas, CA 93901

James Lindholm
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408

John James Sansone
Office of the County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101

Patricia Gomez
Office County Counsel
1055 Monterey St #D320
San Luis Obispo, CA 93408

Stephen Shane Stark
Office of the County Counsel
105 E Anapamu St Suite 201
Santa Barbara, CA 93101-2000

Steven Michael Woodside
County of Sonoma
575 Administration Dr.  Rm. 105
Santa Rosa, CA 95403-2815


Dated: October 26, 2007

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk