Dario de Ghetaldi - Bar No. 126782
Jerry E. Nastari - Bar No. 151756
Amanda L. Riddle - Bar No. 215221
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, California  94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144

Colleen Duffy Smith - Bar No. 161163
Michael G. Reedy - Bar No. 161002
MCMANIS, FAULKNER & MORGAN
50 West San Fernando Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Plaintiffs' Co-Counsel
[Other Counsel on Signature Page]

PETER D. KEISLER
SCOTT N. SCHOOLS
SHEILA M. LIEBER
PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC  20530
Telephone:     (202) 514-3953
Facsimile:      (202) 616-8470
Email:  peter.robbins@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. ) | Case No. C 07-2888 MJJ |
| ) | |
| Plaintiffs, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER RE SCHEDULING OF HEARING** |
| ) | **ON MOTION TO DISMISS** |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**STIPULATION**

Whereas plaintiffs' opposition to defendant's motion to dismiss is currently due on November 6, 2007, and plaintiffs' counsel is set to participate in a mediation in a multi-million dollar case on November 7, 2007; and

Whereas plaintiffs' counsel believes that the motion is sufficiently complex to require additional time to prepare an opposition than is given under the Local Rules;

The parties in the above captioned action hereby stipulate to the following:

The hearing on defendant's motion to dismiss, which currently set for December 11, 2007, shall be continued to January 15, 2008, at 9:30 a.m.

Plaintiffs' opposition to the motion to dismiss shall be due on November 20, 2007, and defendant's reply shall be due on December 28, 2007.

The status conference currently set for January 15, 2008 shall be continued to February 26, 2008 at 2:00 p.m.

Counsel respectfully request that the Court enter a scheduling order in conformity with this stipulation.

Respectfully submitted,

Dated: October 31, 2007          COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP


By:   /s/ Dario de Ghetaldi
          DARIO DE GHETALDI
          Attorneys for Plaintiffs and Members of the Class

Respectfully submitted,

Dated: October 31, 2007


By:   /s/ Peter Robbins
          PETER ROBBINS
          Department of Justice
          Attorneys for Defendant

SO ORDERED.


Dated:_____          _____
                                                              UNITED STATES DISTRICT JUDGE

2

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

1

2   Dana M. McRae - Bar No.  142231                James B. Lindholm - Bar No. 43513
    Santa Cruz County Counsel                      San Luis Obispo County Counsel
3   Office of the County Counsel                   Patricia Gomez - Bar No. 122536
    Government Center, County of Santa Cruz         Deputy San Luis Obispo County Counsel
4   701 Ocean Street, Room 505                     Office of the County Counsel
    Santa Cruz, CA 95060                           1055 Monterey Street, Suite D320
5   Tel: 831-454-2040                              San Luis Obispo, CA 93408
    Fax: 831-454-2115                              Tel: 805-781-5400
6   Attorneys for the County of Santa Cruz         Fax: 805-781-4221
                                                   Attorneys for the County of San Luis Obispo
7   Steven M. Woodside - Bar No.  58684
    Sonoma County Counsel                          Charles J. McKee - Bar No. 152458
8   Office of the County Counsel                   Monterey County Counsel
    575 Administration Drive, Suite 105A           William M. Litt - Bar No. 166614
9   Santa Rosa, CA 95403                           Deputy Monterey County Counsel
    Tel: 707-565-2421                              Office of the County Counsel
10  Fax: 707-565-2624                              168 West Alisal Street, 3rd Floor
    Attorneys for the County of Sonoma             Salinas, CA 93901
11                                                 Tel: 831-755-5045
    John J. Sansone - Bar No.  103060              Fax: 831-755-5283
12  San Diego County Counsel                       Attorneys for the County of Monterey
    Office of the County Counsel
13  County Administration Center
    1600 Pacific Highway, Room 355
14  San Diego, CA 92101
    Tel:619-531-4860
15  Fax: 619-531-6005
    Attorneys for the County of San Diego
16
    Patrick K. Faulkner - Bar No.  70801
17  Marin County Counsel
    Jack F. Govi - Bar No.  88483
18  Assistant Marin County Counsel
    Mari-Ann Gibbs Rivers - Bar No.  117053
19  Deputy Marin County Counsel
    Office of the County Counsel
20  3501 Civic Center Drive, Suite 303
    San Rafael, CA 94903
21  Tel: 415-499-6117
    Fax: 415-499-3796
22  Attorneys for the County of Marin

23  Stephen Shane Stark - Bar No.  63779
    Santa Barbara County Counsel
24  Celeste E. Andersen - Bar No.  141965
    Deputy Santa Barbara County Counsel
25  Office of the County Counsel
    105 East Anapamu, Suite 201
26  Santa Barbara, CA 93101
    Tel: 805-568-2950
27  Fax: 805-568-2982
    Attorneys for the County of Santa Barbara
28