1  Dario de Ghetaldi - Bar No. 126782
   Jerry E. Nastari - Bar No. 151756
2  Amanda L. Riddle - Bar No. 215221
   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3  700 El Camino Real
   P.O. Box 669
4  Millbrae, California  94030-0669
   Telephone: (650) 871-5666
5  Facsimile: (650) 871-4144

6  Colleen Duffy Smith - Bar No. 161163
   Michael G. Reedy - Bar No. 161002
7  MCMANIS, FAULKNER & MORGAN
   50 West San Fernando Street, Suite 1000
8  San Jose, CA 95113
   Telephone: (408) 279-8700
9  Facsimile: (408) 279-3244

10 Plaintiffs' Co-Counsel
   [Other Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SAN DIEGO, COUNTY OF MARIN, COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL O. LEAVITT, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Case No. C 07 2888 MJJ<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within cause; my business address is 700 El Camino Real, Millbrae, California 94030.

I served the document(s) listed below as follows:

Date Served:        October 31, 2007

Document Served:    **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF HEARING ON MOTION TO DISMISS**

Parties Served:     See attached list.

☒  **(BY U.S. MAIL)** I placed a true and correct copy of the document(s) in a sealed envelope with first class postage fully prepaid in the United States Mail at Millbrae, California, addressed as shown on the attached list.

☐  **(BY PERSONAL SERVICE)** I served a true and correct copy of the document(s) by delivering them to the persons shown on the attached list.

☐  **(BY FEDERAL EXPRESS)** I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list in accordance with standard Federal Express Overnight delivery procedures.

☐  **(BY FAX)** I transmitted by facsimile a true and correct copy of the document(s) to the persons shown on the attached list.

☐  (State)   I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

The original of any document filed with the court was printed on recycled paper.

Executed on October 31, 2007, at Millbrae, California.

_____
Susan J. Karnacki

| | |
|---|---|
| 1 | **Service List** |
| 2 | |
| 3 | Civil Process Clerk<br>United States Attorney, Northern District of California<br>450 Golden Gate Avenue, Ninth Floor |
| 4 | San Francisco, California 94102 |
| 5 | **Celeste E. Andersen**<br>Office of the County Counsel |
| 6 | 105 East Anapamu, Suite 201<br>Santa Barbara, CA 93101 |
| 7 | |
| 8 | **Patricia Gomez**<br>Office County Counsel<br>1055 Monterey St #D320 |
| 9 | San Luis Obispo, CA 93408 |
| 10 | **Charles Joseph McKee**<br>Office of the County Counsel |
| 11 | County of Monterey<br>168 West Alisal Street |
| 12 | Third Floor<br>Salinas, CA 93901 |
| 13 | |
| 14 | **John James Sansone**<br>Office of the County Counsel<br>1600 Pacific Highway, Room 355 |
| 15 | San Diego, CA 92101 |
| 16 | **Stephen Shane Stark**<br>Office of the County Counsel |
| 17 | 105 E Anapamu St Suite 201<br>Santa Barbara, CA 93101-2000 |
| 18 | |
| 19 | **Steven M. Woodside**<br>County of Sonoma<br>575 Administration Dr. Rm. 105 |
| 20 | Santa Rosa, CA 95403-2815 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE