Dario de Ghetaldi - Bar No. 126782
Jerry E. Nastari - Bar No. 151756
Amanda L. Riddle - Bar No. 215221
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, California 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144

Colleen Duffy Smith - Bar No. 161163
Michael G. Reedy - Bar No. 161002
MCMANIS, FAULKNER & MORGAN
50 West San Fernando Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Plaintiffs' Co-Counsel
[Other Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. | Case No. C 07-2888 MJJ |
| Plaintiffs, | |
| v. | **NOTICE OF ENTRY OF MINUTE ORDER IN RELATED CASE** |
| MICHAEL O. LEAVITT, | |
| Defendant. | |

PLEASE TAKE NOTICE:

On October 29, 2007, the Court in the related case of *Marchetti v. Leavitt*, Eastern District of California, case number 2:07-civ-1179 FCD KJM, entered the attached Minute Order vacating the hearing on defendant's motion to dismiss set for November 30, 2007, in light of the Motion to Transfer currently pending at the Judicial Panel on Multidistrict Litigation.

Respectfully submitted,

Dated: November 2, 2007        COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP

By: /s/ Dario de Ghetaldi
DARIO DE GHETALDI
Attorneys for Plaintiffs and Members of the Class

NOTICE OF ENTRY OF MINUTE ORDER IN RELATED CASE

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

Dana M. McRae - Bar No. 142231
Santa Cruz County Counsel
Office of the County Counsel
Government Center, County of Santa Cruz
701 Ocean Street, Room 505
Santa Cruz, CA 95060
Tel: 831-454-2040
Fax: 831-454-2115
Attorneys for the County of Santa Cruz

Steven M. Woodside - Bar No. 58684
Sonoma County Counsel
Office of the County Counsel
575 Administration Drive, Suite 105A
Santa Rosa, CA 95403
Tel: 707-565-2421
Fax: 707-565-2624
Attorneys for the County of Sonoma

John J. Sansone - Bar No. 103060
San Diego County Counsel
Office of the County Counsel
County Administration Center
1600 Pacific Highway, Room 355
San Diego, CA 92101
Tel:619-531-4860
Fax: 619-531-6005
Attorneys for the County of San Diego

Patrick K. Faulkner - Bar No. 70801
Marin County Counsel
Jack F. Govi - Bar No. 88483
Assistant Marin County Counsel
Mari-Ann Gibbs Rivers - Bar No. 117053
Deputy Marin County Counsel
Office of the County Counsel
3501 Civic Center Drive, Suite 303
San Rafael, CA 94903
Tel: 415-499-6117
Fax: 415-499-3796
Attorneys for the County of Marin

Stephen Shane Stark - Bar No. 63779
Santa Barbara County Counsel
Celeste E. Andersen - Bar No. 141965
Deputy Santa Barbara County Counsel
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101
Tel: 805-568-2950
Fax: 805-568-2982
Attorneys for the County of Santa Barbara

James B. Lindholm - Bar No. 43513
San Luis Obispo County Counsel
Patricia Gomez - Bar No. 122536
Deputy San Luis Obispo County Counsel
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408
Tel: 805-781-5400
Fax: 805-781-4221
Attorneys for the County of San Luis Obispo

Charles J. McKee - Bar No. 152458
Monterey County Counsel
William M. Litt - Bar No. 166614
Deputy Monterey County Counsel
Office of the County Counsel
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Tel: 831-755-5045
Fax: 831-755-5283
Attorneys for the County of Monterey

NOTICE OF ENTRY OF MINUTE ORDER IN RELATED CASE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOLANDA E. MARCHETTI, et al.,**<br>    **Plaintiff(s),**<br><br>vs.<br><br>**MICHAEL O. LEAVITT,**<br>    **Defendant(s).** | **CASE NO. 2:07-cv-1179 FCD KJM**<br><br>**MINUTE ORDER** |

At a session of the United States District Court for the Eastern District of California, in the City of Sacramento, on October 29, 2007

**PRESENT, THE HONORABLE FRANK C. DAMRELL, JR., JUDGE:**

In light of the pending Motion to Transfer at the Multidistrict Litigation Panel - 1906 in the above action, the hearing on defendant's Motion to Dismiss set for November 30, 2007 is VACATED. If it becomes necessary to have the motion heard at a later date the parties may file an amended notice of hearing resetting the motion on the court's civil calendar.

**I hereby certify** that the foregoing is a true and correct statement of an order in the above captioned case on this 29th day of October 2007.

**VICTORIA C. MINOR, CLERK**

By: **/s/ Maureen A. Price**
Maureen A. Price
Courtroom Deputy
(916) 930-4163 fax (916) 491-3932
Email: mprice@caed.uscourts.gov
Proposed orders to: fcdorders@caed.uscourts.gov