1  Dario de Ghetaldi - Bar No. 126782
   Jerry E. Nastari - Bar No. 151756
2  Amanda L. Riddle - Bar No. 215221
   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3  700 El Camino Real
   P.O. Box 669
4  Millbrae, California 94030-0669
   Telephone: (650) 871-5666
5  Facsimile: (650) 871-4144

6  Colleen Duffy Smith - Bar No. 161163
   Michael G. Reedy - Bar No. 161002
7  MCMANIS, FAULKNER & MORGAN
   50 West San Fernando Street, Suite 1000
8  San Jose, CA 95113
   Telephone: (408) 279-8700
9  Facsimile: (408) 279-3244

10 Plaintiffs' Co-Counsel
   [Other Counsel on Signature Page]
11
   PETER D. KEISLER
12 SCOTT N. SCHOOLS
   SHEILA M. LIEBER
13 PETER ROBBINS
   U.S. Department of Justice
14 20 Massachusetts Ave, NW, Room 7142
   Washington, DC 20530
15 Telephone:   (202) 514-3953
   Facsimile:    (202) 616-8470
16 Email: peter.robbins@usdoj.gov

17 Attorneys for Defendant

18                       IN THE UNITED STATES DISTRICT COURT
19                          NORTHERN DISTRICT OF CALIFORNIA
20

21
   COUNTY OF SANTA CRUZ, et al.    )   Case No. C 07-2888 MJJ
22                                  )
              Plaintiffs,           )
23                                  )   **STIPULATION AND** ~~[PROPOSED]~~
       v.                           )   **ORDER RE SCHEDULING OF HEARING**
24                                  )   **ON MOTION TO DISMISS**
   MICHAEL O. LEAVITT,              )
25                                  )
              Defendant.            )
26                                  )
                                    )
27 ─────────────────────────────────

28

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF HEARING ON MOTION TO DISMISS, CASE # C 07-02888 MJJ

**STIPULATION**

Whereas plaintiffs' opposition to defendant's motion to dismiss is currently due on November 6, 2007, and plaintiffs' counsel is set to participate in a mediation in a multi-million dollar case on November 7, 2007; and

Whereas plaintiffs' counsel believes that the motion is sufficiently complex to require additional time to prepare an opposition than is given under the Local Rules;

The parties in the above captioned action hereby stipulate to the following:

The hearing on defendant's motion to dismiss, which currently set for December 11, 2007, shall be continued to January 15, 2008, at 9:30 a.m.

Plaintiffs' opposition to the motion to dismiss shall be due on November 20, 2007, and defendant's reply shall be due on December 28, 2007.

The status conference currently set for January 15, 2008 shall be continued to February 26, 2008 at 2:00 p.m.

Counsel respectfully request that the Court enter a scheduling order in conformity with this stipulation.

Respectfully submitted,

Dated: October 31, 2007     COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP

By: /s/ Dario de Ghetaldi
DARIO DE GHETALDI
Attorneys for Plaintiffs and Members of the Class

Respectfully submitted,

Dated: October 31, 2007

By: /s/ Peter Robbins
PETER ROBBINS
Department of Justice
Attorneys for Defendant

SO ORDERED.

Dated: 11/01/07     _____
UNITED STATES D...
Judge Martin J. Jenkins