1  DARIO de GHETALDI (126782)
   JERRY E. NASTARI (151756)
2  AMANDA L. RIDDLE (215221)
   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3  700 El Camino Real
4  P.O. Box 669
   Millbrae, CA 94030
5  Telephone:    (650) 871-5666
   Facsimile:    (650) 871-4144
6
7  COLLEEN DUFFY SMITH (161163)
   MICHAEL G. REEDY (161002)
8  McMANIS FAULKNER & MORGAN
   A Professional Corporation
9  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
10 Telephone:    (408) 279-8700
   Facsimile:    (408) 279-3244
11 Email:        cduffy@mfmlaw.com
12
   Plaintiffs' Co-Counsel
13 [Other Counsel on Signature Page]

14
                    IN THE UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16

17 | COUNTY OF SANTA CRUZ, ET AL.,          | Case No. C 07-2888 MJJ
                                            |
18 |     Plaintiffs,                        |
                                            |
19 | vs.                                    | **PLAINTIFFS' MOTION FOR ORDER
                                            | APPROVING STIPULATION
20 | MICHAEL O. LEAVITT,                    | REGARDING PAGE LIMITS ON
                                            | MOTION TO DISMISS OPPOSITION
21 |     Defendant.                         | AND REPLY BRIEFS**
                                            |
22                                          | Date:  January 15, 2008
                                            | Time:  9:30 a.m.
23                                          | Ctrm:  11, 19th Floor
                                            | Judge: Hon. Martin J. Jenkins
24

25

26

27

28
                                            1
MOTION FOR ORDER TO ALLOW EXCESS PAGES                            CASE NO. C 07-2888 MJJ

## INTRODUCTION

Plaintiffs COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SAN DIEGO, COUNTY OF MARIN, COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS OBISPO, and COUNTY OF MONTEREY (collectively, "Plaintiffs"), move this Court pursuant to Civil Local Rules 7-4(b) and 7-11, to approve and enter the STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON MOTION TO DISMISS OPPOSITION AND REPLY BRIEFS filed concurrently herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs request permission to file their Opposition to Defendant's Motion to Dismiss in excess of the twenty-five (25) page limit set by Civil Local Rule 7-4(b). Counsel for Plaintiffs have discussed this motion with counsel for Defendant and are authorized to state that Defendant does not oppose it, provided Defendant is permitted to file a reply memorandum that is 30 pages in length. As such, Plaintiffs request that this Court approve and enter the parties' Stipulation filed concurrently herewith which, if approved, allows Plaintiffs to file a forty (40) page opposition and Defendant to file a thirty (30) page reply.

## ARGUMENT

Defendant's Motion to Dismiss raises the following issues, each of which require a thorough analysis: (a) whether 42 U.S.C. § 1395w-4(i)(D) precludes judicial review; (b) whether Plaintiffs have exhausted their administrative remedies; (c) whether judicial review under the Administrative Procedures Act is available, (d) whether Plaintiffs' APA and statutory claims have merit, (e) whether Plaintiffs are persons within the meaning of the Fifth Amendment, (f) whether Plaintiffs' due process claims have merit; (g) whether Plaintiffs' equal-protection claims have merit; (h) whether Plaintiffs' non-delegation claims have merit; (i) whether the United States has waived, or must waive, sovereign immunity to be sued for damages; and (j) whether four of the Plaintiffs have standing. While this is a non-exhaustive list, it demonstrates the breadth of Defendant's motion and, as a result, the necessary breadth of Plaintiffs' Opposition.

In the interests of justice, the Plaintiffs should be permitted to file their Opposition in excess of the page limits set by Civil Local Rule 7-4(b), because a thorough analysis of the issues cannot be presented by Plaintiffs within the presumptive page limits established by the Court. As stated above, Counsel for Plaintiffs have discussed this motion with counsel for Defendant and are authorized to state that Defendant does not oppose it, provided Defendant is permitted to file a reply memorandum that is 30 pages in length.

## CONCLUSION

For the foregoing reasons, Plaintiffs request that the Court grant their Motion and enter an order in conformity with the Stipulation and [Proposed] Order filed concurrently herewith.

DATED: November 16, 2007            MCMANIS FAULKNER & MORGAN

/S/
COLLEEN DUFFY SMITH
Attorneys for Plaintiffs