1  DARIO de GHETALDI (126782)
   JERRY E. NASTARI (151756)
2  AMANDA L. RIDDLE (215221)
3  COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
   700 El Camino Real
4  P.O. Box 669
   Millbrae, CA 94030
5  Telephone:    (650) 871-5666
   Facsimile:    (650) 871-4144
6

7  COLLEEN DUFFY SMITH (161163)
   MICHAEL G. REEDY (161002)
8  McMANIS FAULKNER & MORGAN
   A Professional Corporation
9  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
10 Telephone:    (408) 279-8700
11 Facsimile:    (408) 279-3244

12 Plaintiffs' Co-Counsel
   [Other Counsel on Signature Page]
13
14 PETER D. KEISLER
   SCOTT N. SCHOOLS
15 SHEILA M. LIEBER
   PETER ROBBINS
16 U.S. Department of Justice
   20 Massachusetts Ave, NW, Room 7142
17 Washington, DC 20530
   Telephone:    (202) 514-3953
18 Facsimile:    (202) 616-8470

19
   Attorneys for Defendant
20

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, ET AL., | Case No. C 07-2888 MJJ |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON MOTION TO DISMISS OPPOSITION AND REPLY BRIEFS** |
| vs. | |
| MICHAEL O. LEAVITT, | |
| Defendant. | |

**STIPULATION**

With regard to Plaintiffs' Opposition to Defendant's Motion to Dismiss, due on November 20, 2007, and Defendant's Reply, due on December 28, 2007;

The parties in the above-captioned action hereby stipulate to the following:

The page limit for Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be forty (40) pages and the page limit for Defendant's Reply shall be thirty (30) pages.

Counsel respectfully request that the Court ender an order in conformity with this stipulation.

DATED: November 16, 2007

Respectfully submitted,
MCMANIS FAULKNER & MORGAN

_____/S/_____
COLLEEN DUFFY SMITH
Attorneys for Plaintiffs

DATED: November 16, 2007

Respectfully submitted,

_____/S/_____
PETER ROBBINS
Department of Justice
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE