| | |
|---|---|
| 1 | DARIO de GHETALDI (126782) |
| 2 | JERRY E. NASTARI (151756) |
|   | AMANDA L. RIDDLE (215221) |
| 3 | COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP |
|   | 700 El Camino Real |
| 4 | P.O. Box 669 |
|   | Millbrae, CA 94030 |
| 5 | Telephone:    (650) 871-5666 |
|   | Facsimile:     (650) 871-4144 |
| 6 | |
| 7 | COLLEEN DUFFY SMITH (161163) |
|   | MICHAEL G. REEDY (161002) |
| 8 | McMANIS FAULKNER & MORGAN |
|   | A Professional Corporation |
| 9 | 50 West San Fernando Street, 10th Floor |
|   | San Jose, California 95113 |
| 10 | Telephone:    (408) 279-8700 |
| 11 | Facsimile:     (408) 279-3244 |
| 12 | Plaintiffs' Co-Counsel |
|   | [Other Counsel on Signature Page] |
| 13 | |
| 14 | PETER D. KEISLER |
|   | SCOTT N. SCHOOLS |
| 15 | SHEILA M. LIEBER |
|   | PETER ROBBINS |
| 16 | U.S. Department of Justice |
|   | 20 Massachusetts Ave, NW, Room 7142 |
| 17 | Washington, DC 20530 |
|   | Telephone:    (202) 514-3953 |
| 18 | Facsimile:     (202) 616-8470 |
| 19 | |
|   | Attorneys for Defendant |
| 20 | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 23 | COUNTY OF SANTA CRUZ, ET AL., | Case No. C 07-2888 MJJ |
| 24 | Plaintiffs, | **STIPULATION AND [PROPOSED]** |
| 25 | vs. | **ORDER REGARDING PAGE LIMITS ON MOTION TO DISMISS** |
| 26 | MICHAEL O. LEAVITT, | **OPPOSITION AND REPLY BRIEFS** |
| 27 | Defendant. | |
| 28 | | |

1
STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS                    CASE NO. C 07-2888 MJJ

**STIPULATION**

With regard to Plaintiffs' Opposition to Defendant's Motion to Dismiss, due on November 20, 2007, and Defendant's Reply, due on December 28, 2007;

The parties in the above-captioned action hereby stipulate to the following:

The page limit for Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be forty (40) pages and the page limit for Defendant's Reply shall be thirty (30) pages.

Counsel respectfully request that the Court ender an order in conformity with this stipulation.

DATED:  November 16, 2007

Respectfully submitted,
MCMANIS FAULKNER & MORGAN

_____/S/_____
COLLEEN DUFFY SMITH
Attorneys for Plaintiffs

DATED:  November 16, 2007

Respectfully submitted,

_____/S/_____
PETER ROBBINS
Department of Justice
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/27/07

_____
UNITED STATES DISTRICT JUDGE

Judge Martin J. Jenkins