Dario de Ghetaldi - Bar No. 126782
Jerry E. Nastari - Bar No. 151756
Amanda L. Riddle - Bar No. 215221
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, California  94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144

Colleen Duffy Smith - Bar No. 161163
Michael G. Reedy - Bar No. 161002
MCMANIS, FAULKNER & MORGAN
50 West San Fernando Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Plaintiffs' Co-Counsel
[Other Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br><br>Defendant. | Case No. C 07-2888 MJJ<br><br>**NOTICE OF ERRATUM IN "PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS"** |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs' Opposition to Defendant's Motion to Dismiss, filed herein on November 20, 2007, contains the following erratum.  On page 8:6-7, the reference to "8 U.S.C. § 211(a)" should be corrected to read "8 U.S.C. § *511*(a)."

The same erratum appears in *McNary v. Haitian Refugee Center, Inc.*, 498 U.S. 479, 494 (1991).

1

1  Dated: January 2, 2008

2                               /s/ Dario de Ghetaldi

3        Dario de Ghetaldi (SBN 126781)
         Jerry E. Nastari (SBN 151756)
4        Amanda L. Riddle (SBN 215221)
         COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
5        700 El Camino Real
         Millbrae, CA 94030
6        Telephone: 650-871-5666
         Facsimile: 650-871-4144

7
         Colleen Duffy Smith (SBN 161163)
8        Michael G. Reedy (SBN 161002)
         McManis, Faulkner & Morgan LLP
9        50 West San Fernando Street, Suite 1000
         San Jose, CA 95113
10       Telephone: (408) 279-8700
         Facsimile: (408) 279-3244

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

Dana M. McRae - Bar No. 142231
Santa Cruz County Counsel
Office of the County Counsel
Government Center, County of Santa Cruz
701 Ocean Street, Room 505
Santa Cruz, CA 95060
Tel: 831-454-2040
Fax: 831-454-2115
Attorneys for the County of Santa Cruz

Steven M. Woodside - Bar No. 58684
Sonoma County Counsel
Office of the County Counsel
575 Administration Drive, Suite 105A
Santa Rosa, CA 95403
Tel: 707-565-2421
Fax: 707-565-2624
Attorneys for the County of Sonoma

John J. Sansone - Bar No. 103060
San Diego County Counsel
Office of the County Counsel
County Administration Center
1600 Pacific Highway, Room 355
San Diego, CA 92101
Tel: 619-531-4860
Fax: 619-531-6005
Attorneys for the County of San Diego

Patrick K. Faulkner - Bar No. 70801
Marin County Counsel
Jack F. Govi - Bar No. 88483
Assistant Marin County Counsel
Mari-Ann Gibbs Rivers - Bar No. 117053
Deputy Marin County Counsel
Office of the County Counsel
3501 Civic Center Drive, Suite 303
San Rafael, CA 94903
Tel: 415-499-6117
Fax: 415-499-3796
Attorneys for the County of Marin

Stephen Shane Stark - Bar No. 63779
Santa Barbara County Counsel
Celeste E. Andersen - Bar No. 141965
Deputy Santa Barbara County Counsel
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101
Tel: 805-568-2950
Fax: 805-568-2982
Attorneys for the County of Santa Barbara

James B. Lindholm - Bar No. 43513
San Luis Obispo County Counsel
Patricia Gomez - Bar No. 122536
Deputy San Luis Obispo County Counsel
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408
Tel: 805-781-5400
Fax: 805-781-4221
Attorneys for the County of San Luis Obispo

Charles J. McKee - Bar No. 152458
Monterey County Counsel
William M. Litt - Bar No. 166614
Deputy Monterey County Counsel
Office of the County Counsel
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Tel: 831-755-5045
Fax: 831-755-5283
Attorneys for the County of Monterey