Dario de Ghetaldi - Bar No. 126782
Jerry E. Nastari - Bar No. 151756
Amanda L. Riddle - Bar No. 215221
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, California 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144

Colleen Duffy Smith - Bar No. 161163
Michael G. Reedy - Bar No. 161002
MCMANIS, FAULKNER & MORGAN
50 West San Fernando Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Plaintiffs' Co-Counsel
[Other Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. | Case No. C 07-2888 MJJ |
| Plaintiffs, | |
| v. | **NOTICE OF ENTRY OF "NOTICE OF HEARING SESSION" IN MDL DOCKET NO. 1906** |
| MICHAEL O. LEAVITT, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on December 13, 2007, the United States Judicial Panel on Multidistrict Litigation entered the attached "Notice of Hearing Session" in *In re: Medicare Fee Schedule Locality Litigation*, MDL Docket No. 1906, setting January 30, 2008, as the hearing date on Plaintiffs' motion to consolidate this matter for all pretrial purposes with *Marchetti, et al., v. Leavitt*, Eastern District of California, C.A. No. 2:07-1179. (See attached Notice at p. 4.)

1

1 | Dated: January 2, 2008

2 | /s/ Dario de Ghetaldi

3 | Dario de Ghetaldi (SBN 126781)
Jerry E. Nastari (SBN 151756)
4 | Amanda L. Riddle (SBN 215221)
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
5 | 700 El Camino Real
Millbrae, CA 94030
6 | Telephone: 650-871-5666
Facsimile: 650-871-4144

7 |
Colleen Duffy Smith (SBN 161163)
8 | Michael G. Reedy (SBN 161002)
McManis, Faulkner & Morgan LLP
9 | 50 West San Fernando Street, Suite 1000
San Jose, CA 95113
10 | Telephone: (408) 279-8700
Facsimile: (408) 279-3244

2

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

Dana M. McRae - Bar No. 142231
Santa Cruz County Counsel
Office of the County Counsel
Government Center, County of Santa Cruz
701 Ocean Street, Room 505
Santa Cruz, CA 95060
Tel: 831-454-2040
Fax: 831-454-2115
Attorneys for the County of Santa Cruz

Steven M. Woodside - Bar No. 58684
Sonoma County Counsel
Office of the County Counsel
575 Administration Drive, Suite 105A
Santa Rosa, CA 95403
Tel: 707-565-2421
Fax: 707-565-2624
Attorneys for the County of Sonoma

John J. Sansone - Bar No. 103060
San Diego County Counsel
Office of the County Counsel
County Administration Center
1600 Pacific Highway, Room 355
San Diego, CA 92101
Tel: 619-531-4860
Fax: 619-531-6005
Attorneys for the County of San Diego

Patrick K. Faulkner - Bar No. 70801
Marin County Counsel
Jack F. Govi - Bar No. 88483
Assistant Marin County Counsel
Mari-Ann Gibbs Rivers - Bar No. 117053
Deputy Marin County Counsel
Office of the County Counsel
3501 Civic Center Drive, Suite 303
San Rafael, CA 94903
Tel: 415-499-6117
Fax: 415-499-3796
Attorneys for the County of Marin

Stephen Shane Stark - Bar No. 63779
Santa Barbara County Counsel
Celeste E. Andersen - Bar No. 141965
Deputy Santa Barbara County Counsel
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101
Tel: 805-568-2950
Fax: 805-568-2982
Attorneys for the County of Santa Barbara

James B. Lindholm - Bar No. 43513
San Luis Obispo County Counsel
Patricia Gomez - Bar No. 122536
Deputy San Luis Obispo County Counsel
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408
Tel: 805-781-5400
Fax: 805-781-4221
Attorneys for the County of San Luis Obispo

Charles J. McKee - Bar No. 152458
Monterey County Counsel
William M. Litt - Bar No. 166614
Deputy Monterey County Counsel
Office of the County Counsel
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Tel: 831-755-5045
Fax: 831-755-5283
Attorneys for the County of Monterey

NOTICE OF ENTRY OF "NOTICE OF HEARING SESSION" IN MDL DOCKET NO. 1906