**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 years and not a party to the within cause; my business address is 700 El Camino Real, Millbrae, California 94030.

I served the document(s) listed below as follows:

Date Served:     January 2, 2008

Document Served: **NOTICE OF ENTRY OF "NOTICE OF HEARING SESSION" IN MDL DOCKET NO. 1906**

Parties Served:  See attached list.

☒ **(BY U.S. MAIL)** I placed a true and correct copy of the document(s) in a sealed envelope with first class postage fully prepaid in the United States Mail at Millbrae, California, addressed as shown on the attached list.

☐ **(BY PERSONAL SERVICE)** I served a true and correct copy of the document(s) by delivering them to the persons shown on the attached list.

☐ **(BY FEDERAL EXPRESS)** I sent a true and correct copy of the document(s) for delivery to the persons shown on the attached list in accordance with standard Federal Express Overnight delivery procedures.

☐ **(BY FAX)** I transmitted by facsimile a true and correct copy of the document(s) to the persons shown on the attached list.

☐ (State) I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

The original of any document filed with the court was printed on recycled paper.

Executed on January 2, 2008, at Millbrae, California.

Susan J. Karnacki

1                                               <u>**Service List**</u>

2

3   Civil Process Clerk
United States Attorney, Northern District of California
450 Golden Gate Avenue, Ninth Floor
4   San Francisco, California 94102

5   **Celeste E. Andersen**
Office of the County Counsel
6   105 East Anapamu, Suite 201
Santa Barbara, CA 93101

7

    **Patricia Gomez**
8   Office County Counsel
1055 Monterey St #D320
9   San Luis Obispo, CA 93408

10   **Charles Joseph McKee**
Office of the County Counsel
11   County of Monterey
168 West Alisal Street
12   Third Floor
Salinas, CA 93901

13

    **John James Sansone**
14   Office of the County Counsel
1600 Pacific Highway, Room 355
15   San Diego, CA 92101

16   **Stephen Shane Stark**
Office of the County Counsel
17   105 E Anapamu St Suite 201
Santa Barbara, CA 93101-2000

18

    **Steven M. Woodside**
19   County of Sonoma
575 Administration Dr. Rm. 105
20   Santa Rosa, CA 95403-2815

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE