IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**       Courtroom Clerk: **Monica Narcisse**

DATE: **January 15, 2008**      [**10:54am - 12:57pm**]      Court reporter: **Margo Gurule**

Case Number:    **C07-02888 MJJ**

Case Name:    **SANTA CRUZ COUNTY**   v.   **MICHAEL O. LEAVITT**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| Dario de Ghetaldi, Colleen Smith | Peter Robbins, Giocoda Molinari |
| D. Joshua Voorhess, Amanda Riddler | |

TYPE OF HEARING:    **Motion**

MOTIONS PROCEEDINGS:                                RULING:
1.   **Defendant's Motion to Dismiss**                **Submitted**

ORDERED AFTER HEARING:
- **Government shall submit response (3 page max) re: Plaintiffs' reliance on Sullivan and Bedford decisions by close of business Friday, 1/18/2008. Matter will stand submitted upon submission.**
- 

ORDER TO BE PREPARED BY:    PIntf ()  Deft ()  Joint ()  Court (**x**)

Referred to Magistrate Judge      For:   **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:            for

Pre-Trial Conference Date :            at 3:30 p.m.

Trial Date:    at 8:30 a.m.        Set for  days
        Type of Trial:  ()Jury    ( )Court

Notes: