1  DARIO de GHETALDI (126782)
   JERRY E. NASTARI (151756)
2  AMANDA L. RIDDLE (215221)
   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3  700 El Camino Real
   P.O. Box 669
4  Millbrae, CA 94030
   Telephone:   (650) 871-5666
5  Facsimile:   (650) 871-4144

6  COLLEEN DUFFY SMITH (161163)
   MICHAEL G. REEDY (161002)
7  McMANIS FAULKNER & MORGAN
   A Professional Corporation
8  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
9  Telephone:   (408) 279-8700
   Facsimile:   (408) 279-3244
10 Email:       cduffy@mfmlaw.com

11 Plaintiffs' Co-Counsel
   [Other Counsel on Signature Page]
12

13                IN THE UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 COUNTY OF SANTA CRUZ, ET AL.,        Case No. C 07-2888 MJJ

17       Plaintiffs,

18 vs.                                  **PLAINTIFFS' CASE MANAGEMENT
                                        CONFERENCE STATEMENT**
19 MICHAEL O. LEAVITT,
                                        Date: February 26, 2008
20       Defendant.                     Time: 2:00 p.m.
                                        Judge: Hon. Martin J. Jenkins
21                                      Ctrm: 11

22

23       Pursuant to this Court's Local Rule 16-10(d) addressing **Subsequent Case Management**

24 **Conferences,** Plaintiffs COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF

25 SAN DIEGO, COUNTY OF MARIN, COUNTY OF SANTA BARBARA, COUNTY OF SAN

26 LUIS OBISPO, and COUNTY OF MONTEREY hereby submit this Case Management

27

28

---
1
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT       CASE NO. C 07-2888 MJJ

Conference Statement[1]:

## Progress or Changes Since Last Statement was Filed:

1. On January 15, 2008, the parties appeared and argued Defendant's Fed.R.Civ. P. 12, Motion to Dismiss. The Court has that motion under submission.

2. Plaintiffs moved, pursuant to 28 U.S.C. section 1407, for coordinated and consolidated pretrial proceedings of this litigation, and *Yolanda E. Marchetti, et al. v. Michael O. Leavitt*, E.D. California, C.A. No. 2:07-1179, in the Northern District of California or, alternatively, in the Eastern District of California. Plaintiffs in the Eastern District of California action joined in the motion. Defendant opposed centralization. On February 14, 2008, In *In Re: Medicare Fee Schedule Locality Litigation*, MDL No. 1906, the United States Judicial Panel on Multidistrict Litigation denied Plaintiffs' request for centralization.

There are no further changes to report since the parties' last Case Management Conference.

Respectfully submitted:

McMANIS FAULKNER & MORGAN

DATED: 2/21/08

_____
COLLEEN DUFFY SMITH
For Plaintiffs

---

[1] Plaintiffs contacted Defendant's counsel to reach an agreement as to the Case Management Conference Statement to enable a joint filing, but Plaintiffs' phone calls and e-mail were not returned.