JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC 20530
Telephone:    (202) 514-3953
Facsimile:     (202) 616-8470
Email: peter.robbins@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COUNTY OF SANTA CRUZ, et al. | ) | Case No. C 07-2888 MJJ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **DEFENDANT'S CASE MANAGEMENT** |
| v. | ) | **CONFERENCE STATEMENT** |
| | ) | |
| MICHAEL O. LEAVITT, | ) | Date:  February 26, 2008 |
| | ) | Time:  2:00 p.m. |
| Defendant. | ) | Place:  Courtroom 11, 19th Floor |
| | ) | |
| | ) | |

Defendant concurs in the Case Management Conference Statement (Doc. 52) filed by plaintiffs on February 21, 2008.[1]

---

[1] Counsel for plaintiffs sent an email concerning this statement to the home email address of counsel for defendant at 2:03 p.m. yesterday and a telephone voicemail on defendant's counsel's office telephone eleven minutes later. Counsel for defendant was out of town at this time and did not receive these messages until after plaintiffs' statement was filed electronically today. Counsel for defendant was therefore unable to respond to these messages.

DEF. CASE MGT. CONF. STMT.
C 07-2888 MJJ

| | |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | |
| JAMES C. STANSEL | JEFFREY S. BUCHOLTZ |
| Acting General Counsel | Acting Assistant Attorney General |
| | |
| JANICE L. HOFFMAN | JOSEPH P. RUSSONIELLO |
| Associate General Counsel | United States Attorney |
| | |
| MARK D. POLSTON | |
| Deputy Associate | |
| General Counsel for Litigation | /s/ Peter Robbins |
| | SHEILA M. LIEBER |
| GIOCONDA MOLINARI | PETER ROBBINS |
| H. ANTONY LIM | Department of Justice |
| LAWRENCE J. HARDER | 20 Massachusetts Avenue, N.W., Room 7142 |
| Attorneys | Washington, D.C.  20530 |
| U.S. Department of Health | Tel:  (202) 514-3953 |
| and Human Services | Attorneys for Defendant |

DEF. CASE MGT. CONF. STMT.
C 07-2888 MJJ                    -2-

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that, this 21st day of February, 2008, I caused copies of the foregoing document to be served electronically on the following persons at the following electronic addresses:

Dario DeGhetaldi
deg@coreylaw.com

Colleen Duffy Smith
cduffysmith@mfmlaw.com,spuumala@mfmlaw.com

Patrick Key Faulkner
pfaulkner@co.marin.ca.us,jmichaels@co.marin.ca.us

Jack F. Govi
jgovi@co.marin.ca.us,pjackson@co.marin.ca.us

William Merrill Litt
littwm@co.monterey.ca.us, littw@co.monterey.ca.us

Dana Maureen McRae
dana.mcrae@co.santa-cruz.ca.us

Jerry E. Nastari
jen@coreylaw.com,deg@coreylaw.com

Michael Gannon Reedy
mreedy@mfmlaw.com,smaes@mfmlaw.com

Amanda L. Riddle
alr@coreylaw.com

Mari-Ann Gibbs Rivers
mrivers@co.marin.ca.us,adooley@co.marin.ca.us

Steven Michael Woodside
County of Sonoma
575 Administration Dr. Rm. 105
Santa Rosa, CA 95403-2815

February 21, 2008          /s/ Peter Robbins
                           PETER ROBBINS

DEF. CASE MGT. CONF. STMT.
C 07-2888 MJJ