JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC  20530
Telephone:     (202) 514-3953
Facsimile:     (202) 616-8470
Email: peter.robbins@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al. | Case No. C 07-2888 MJJ |
| Plaintiffs, | **DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO APPEAR TELEPHONICALLY, PER STIPULATION OF THE PARTIES; PROPOSED ORDER** |
| v. | |
| MICHAEL O. LEAVITT, | |
| Defendant. | Date:  February 26, 2008<br>Time:  2 p.m.<br>Place: Courtroom 11, 19th Floor<br>Judge: Hon. Martin J. Jenkins |

Pursuant to Civil Local Rule 7-11, defendant respectfully moves for permission for his undersigned counsel to appear by telephone at the status conference scheduled for February 26, 2008 in the above-captioned action.  This Court has previously indicated that telephonic appearance would be permissible.  Counsel for defendant has discussed this motion with counsel for plaintiffs, and plaintiffs have stipulated to the motion.

                                                  Respectfully submitted,

OF COUNSEL:

| | | |
|---|---|---|
| 1 | DANIEL MERON<br>General Counsel | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| 2 | | |
| 3 | JANICE L. HOFFMAN<br>Associate General Counsel | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | MARK D. POLSTON<br>Deputy Associate | |
| 5 | General Counsel for Litigation | /s/ Peter Robbins<br>SHEILA M. LIEBER |
| 6 | GIOCONDA MOLINARI<br>H. ANTONY LIM | PETER ROBBINS<br>Department of Justice |
| 7 | LAWRENCE J. HARDER<br>Attorneys | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530 |
| 8 | U.S. Department of Health<br>and Human Services | Tel: (202) 514-3953<br>Attorneys for Defendant |

**PROPOSED ORDER**

The motion is granted.

_____          _____
Date                                                         UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that, this 25TH day of February, 2008, I caused copies of the foregoing document to be served electronically on the following persons at the following electronic addresses:

        Dario DeGhetaldi
        deg@coreylaw.com

        Colleen Duffy Smith
        cduffysmith@mfmlaw.com,spuumala@mfmlaw.com

        Patrick Key Faulkner
        pfaulkner@co.marin.ca.us,jmichaels@co.marin.ca.us

        Jack F. Govi
        jgovi@co.marin.ca.us,pjackson@co.marin.ca.us

        William Merrill Litt
        littwm@co.monterey.ca.us, littw@co.monterey.ca.us

        Dana Maureen McRae
        dana.mcrae@co.santa-cruz.ca.us

        Jerry E. Nastari
        jen@coreylaw.com,deg@coreylaw.com

        Michael Gannon Reedy
        mreedy@mfmlaw.com,smaes@mfmlaw.com

        Amanda L. Riddle
        alr@coreylaw.com

        Mari-Ann Gibbs Rivers
        mrivers@co.marin.ca.us,adooley@co.marin.ca.us

and by first class mail, postage prepaid, on:

        Celeste E. Andersen
        Office of the County Counsel
        105 East Anapamu, Suite 201
        Santa Barbara, CA 93101

        Patricia Gomez
        Office County Counsel
        1055 Monterey St #D320
        San Luis Obispo, CA 93408

        James Lindholm
        Office of the County Counsel
        1055 Monterey Street, Suite D320
        San Luis Obispo, CA 93408

        Charles Joseph McKee

DEF. MOTION TO APPEAR BY TELEPHONE
C 07-2888 MJJ

1 | Office of the County Counsel
2 | County of Monterey
  | 168 West Alisal Street
  | Third Floor
3 | Salinas, CA 93901

4 | John James Sansone
  | Office of the County Counsel
5 | 1600 Pacific Highway, Room 355
  | San Diego, CA 92101
6 |
  | Stephen Shane Stark
7 | Office of the County Counsel
  | 105 E Anapamu St Suite 201
8 | Santa Barbara, CA 93101-2000

9 | Steven Michael Woodside
  | County of Sonoma
10 | 575 Administration Dr. Rm. 105
   | Santa Rosa, CA 95403-2815

11

12 | February 25, 2008           /s/ Peter Robbins
   |                             PETER ROBBINS

DEF. MOTION TO APPEAR BY TELEPHONE
C 07-2888 MJJ