1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2
   JOSEPH P. RUSSONIELLO
3  United States Attorney

4  SHEILA M. LIEBER
   Deputy Director
5  Federal Programs Branch

6  PETER ROBBINS
   U.S. Department of Justice
7  20 Massachusetts Ave, NW, Room 7142
   Washington, DC  20530
8  Telephone:   (202) 514-3953
   Facsimile:    (202) 616-8470
9  Email:  peter.robbins@usdoj.gov

10 Attorneys for Defendant

11
                    IN THE UNITED STATES DISTRICT COURT
12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 COUNTY OF SANTA CRUZ, et al.        )   Case No. C 07-2888 MJJ
                                       )
15     Plaintiffs,                     )   **DEFENDANT'S UNOPPOSED MOTION**
                                       )   **FOR PERMISSION TO APPEAR**
16 v.                                  )   **TELEPHONICALLY, PER**
                                       )   **STIPULATION OF THE PARTIES;**
17 MICHAEL O. LEAVITT,                 )   ~~PROPOSED~~ **ORDER**
                                       )
18     Defendant.                      )   Date:  February 26, 2008
                                       )   Time:  2 p.m.
19                                     )   Place: Courtroom 11, 19th Floor
                                           Judge: Hon. Martin J. Jenkins
20

21

22     Pursuant to Civil Local Rule 7-11, defendant respectfully moves for permission for his

23 undersigned counsel to appear by telephone at the status conference scheduled for February 26,

24 2008 in the above-captioned action.  This Court has previously indicated that telephonic

25 appearance would be permissible.  Counsel for defendant has discussed this motion with counsel

26 for plaintiffs, and plaintiffs have stipulated to the motion.

27                                     Respectfully submitted,
   OF COUNSEL:
28

DEF. MOTION TO APPEAR BY TELEPHONE
C 07-2888 MJJ

| | | |
|---|---|---|
| 1 | DANIEL MERON<br>General Counsel | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| 2 | | |
| 3 | JANICE L. HOFFMAN<br>Associate General Counsel | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | MARK D. POLSTON<br>Deputy Associate | |
| 5 | General Counsel for Litigation | /s/ Peter Robbins |
| 6 | GIOCONDA MOLINARI<br>H. ANTONY LIM | SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice |
| 7 | LAWRENCE J. HARDER<br>Attorneys | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530 |
| 8 | U.S. Department of Health<br>and Human Services | Tel: (202) 514-3953<br>Attorneys for Defendant |

[██████] ORDER

The motion is granted.

2/25/2008
Date

_____ (signature: Martin J. Jenkins)
UNITED STATES DISTRICT JUDGE

**Please contact the Court at (415) 522-2123 and provide the Courtroom Clerk with a phone number where counsel can be reached.