1  DARIO de GHETALDI (126782)
   JERRY E. NASTARI (151756)
2  AMANDA L. RIDDLE (215221)
   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3  700 El Camino Real
   P.O. Box 669
4  Millbrae, CA 94030
5  Telephone:     (650) 871-5666
   Facsimile:     (650) 871-4144
6

7  COLLEEN DUFFY SMITH (161163)
   MICHAEL G. REEDY (161002)
8  McMANIS FAULKNER & MORGAN
   A Professional Corporation
9  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
10 Telephone:     (408) 279-8700
   Facsimile:     (408) 279-3244
11

12 Plaintiffs' Co-Counsel

13

14                    IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
15

16
   COUNTY OF SANTA CRUZ, ET AL.,          Case No. C 07-2888 MJJ
17
         Plaintiffs,
18                                        **DECLARATION OF COLLEEN
   vs.                                    DUFFY-SMITH SUPPORTING EX-
19                                        PARTE MOTION FOR RULE 54(B)
   MICHAEL O. LEAVITT,                    CERTIFICATION, OR VOLUNTARY
20                                        DISMISSAL**
         Defendant.
21

22
         I, Colleen Duffy-Smith, declare:
23
         1.      I am an attorney at law licensed to practice law in the State of California, a
24
   partner with McManis Faulkner & Morgan, Plaintiffs' co-counsel in this matter, and I am
25
   admitted to practice in the United States District Court, Northern District of California.
26

27
                                              1
   DECLARATION OF COLLEEN DUFFY-SMITH SUPPORTING EX-PARTE MOTION FOR RULE 54(b)
28 CERTIFICATION, OR VOLUNTARY DISMISSAL

                                                              CASE NO. C 07-2888 MJJ

1    2.    I submit this Declaration Supporting Plaintiffs' Ex-Parte Motion For Rule 54(b)

2    Certification, Or Voluntary Dismissal.

3    3.    The matters set forth herein are based upon my personal knowledge, except where

4    they are set forth based upon my information and belief, and in that instance, I believe that they

5    are true and correct.

6    4.    Via e-mail correspondence On March 26, 2008, on Plaintiffs' behalf, I sought a

7    stipulation from Assistant United States Attorney, Peter Robbins, Defendant's counsel, in the

8    alternative for:  (a) leave to file an interlocutory appeal along with an order staying proceedings

9    on the unlawful delegation claim; or (b) leave to dismiss the unlawful delegation claim without

10    prejudice and to enter judgment on the claims dismissed by the Order.  Defendant did not

11    stipulate to the Plaintiffs' request.

12    5.    I am informed and believe and thereon allege that Defendant has not incurred

13    substantial expenses in trial preparation.  This matter proceeded only through briefing and

14    hearing on motions to dismiss, which were brought early in this case before the Court entered a

15    pre-trial order permitting discovery.  No formal discovery was propounded in this matter.

16    6.    Plaintiffs seek dismissal of the unlawful delegation claim so that they can appeal

17    the adverse judgments on the first seven causes of action, without the necessity of incurring

18    additional time and expenses for the Defendant, Plaintiffs and putative class members

19    occasioned by proceeding on the unlawful delegation claim at this time, and to enhance judicial

20    economy

21    I declare under penalty of perjury under the laws of the United States of America that the

22    foregoing is true and correct. Executed this 31st day of March, 2008, in San Jose, CA.

23

24

_____/s/_____
25    COLLEEN DUFFY-SMITH, Declarant

26

27
2
DECLARATION OF COLLEEN DUFFY-SMITH SUPPORTING EX-PARTE MOTION FOR RULE 54(b)
28    CERTIFICATION, OR VOLUNTARY DISMISSAL

CASE NO. C 07-2888 MJJ

1

**ADDITIONAL PLAINTIFFS' COUNSEL**

2

3
Dana M. McRae - Bar No.  142231
Santa Cruz County Counsel

4
Office of the County Counsel
Government Center, County of Santa Cruz

5
701 Ocean Street, Room 505
Santa Cruz, CA 95060

6
Tel: 831-454-2040
Fax: 831-454-2115

7
Attorneys for Plaintiff County of Santa Cruz

8
Steven M. Woodside - Bar No.  58684

9
Sonoma County Counsel
Office of the County Counsel

10
575 Administration Drive, Suite 105A
Santa Rosa, CA 95403

11
Tel: 707-565-2421
Fax: 707-565-2624

12
Attorneys for Plaintiff County of Sonoma

13

14
John J. Sansone - Bar No.  103060
San Diego County Counsel

15
Office of the County Counsel
County Administration Center

16
1600 Pacific Highway, Room 355
San Diego, CA 92101

17
Tel:619-531-4860
Fax: 619-531-6005

18
Attorneys for Plaintiff County of San Diego

19
Patrick K. Faulkner - Bar No.  70801

20
Marin County Counsel
Jack F. Govi - Bar No.  88483

21
Assistant Marin County Counsel
Mari-Ann Gibbs Rivers - Bar No.  117053

22
Deputy Marin County Counsel

23
Office of the County Counsel
3501 Civic Center Drive, Suite 303

24
San Rafael, CA 94903
Tel: 415-499-6117

25
Fax: 415-499-3796
Attorneys for Plaintiff County of Marin

26

Stephen Shane Stark - Bar No.  63779
Santa Barbara County Counsel
Celeste E. Andersen - Bar No.  141965
Deputy Santa Barbara County Counsel
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101
Tel: 805-568-2950
Fax: 805-568-2982
Attorneys for Plaintiff County of Santa Barbara

R. Wyatt Cash - Bar No. 47563
San Luis Obispo County Counsel
Rita L. Neal - Bar No. 151156
Deputy San Luis Obispo County Counsel
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408
Tel: 805-781-5400
Fax: 805-781-4221
Attorneys for Plaintiff County of San Luis Obispo

Charles J. McKee - Bar No. 152458
Monterey County Counsel
William M. Litt - Bar No. 166614
Deputy Monterey County Counsel
Office of the County Counsel
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Tel: 831-755-5045
Fax: 831-755-5283
Attorneys for the County of Monterey

27

3

DECLARATION OF COLLEEN DUFFY-SMITH SUPPORTING EX-PARTE MOTION FOR RULE 54(b)

28
CERTIFICATION, OR VOLUNTARY DISMISSAL

CASE NO. C 07-2888 MJJ