Dario de Ghetaldi - Bar No. 126782
Jerry E. Nastari - Bar No. 151756
Amanda L. Riddle - Bar No. 215221
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, California  94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144

Colleen Duffy Smith - Bar No. 161163
Michael G. Reedy - Bar No. 161002
MCMANIS, FAULKNER & MORGAN
50 West San Fernando Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Plaintiffs' Co-Counsel
[Other Counsel on Signature Page]

PETER D. KEISLER
SCOTT N. SCHOOLS
SHEILA M. LIEBER
PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC  20530
Telephone:     (202) 514-3953
Facsimile:     (202) 616-8470
Email:  peter.robbins@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al.<br><br>       Plaintiffs,<br><br>  v.<br><br>MICHAEL O. LEAVITT,<br><br>       Defendant. | Case No. C 07-2888 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT** |

**STIPULATION**

On June 4, 2007, Plaintiffs, seven California counties that provide Part B Medicare services, filed a class action complaint asserting eight causes of action: 1) Denial of Equal Protection; 2) Deprivation of Due Process Rights; 3) Seeking a Declaration that 42 U.S.C. § 1395w-4(J)(2) Is Unconstitutional as Applied; 4) Seeking a Declaration that 42 C.F.R. § 414.4 Is Unconstitutional as Applied; 5) Unlawful Withholding or Delay in Reconfiguration of Locality Structure; 6) Arbitrary, Capricious or Abuse of Discretion in Failure to Reconfigure Locality Structure; 7) Denial of Statutory Right to Reconfiguration; And 8) Unlawful Delegation of Duty to Reconfigure.

After hearing the Defendant's Motion to Dismiss on January 15, 2008, the Court issued an Order Granting Defendant's Motion to Dismiss (Document 57) (the "Order"). The Court dismissed Plaintiffs' statutory claims (the Fifth, Sixth, and Seventh Causes of Action) for lack of subject matter jurisdiction under 42 U.S.C. section 1395w-4(i)(1)(D). The Court dismissed Plaintiffs' Fifth Amendment due process and equal protection claims (the First, Second, Third, and Fourth Causes of Action) for failure to state a claim, finding that the named Plaintiffs, which are all political subdivisions of the State of California, do not qualify as "persons" within the meaning of the Fifth Amendment. The Court dismissed with leave to amend Plaintiffs' unlawful delegation claim (the Eighth Cause of Action) finding that Plaintiffs had not adequately pleaded the claim in a manner that demonstrates they have a constitutional basis that might confer subject matter jurisdiction on this Court. Plaintiffs were given twenty (20) days within which to file their amended complaint, if any.

On March 31, 2008, Plaintiffs anticipate filing an "Ex-Parte Motion Requesting Entry of Judgment Under Rule 54(b) as to Plaintiffs' First Seven Causes of Action, and a Stay of the Eighth Cause of Action Pending Appeal; or Alternatively, Voluntary Dismissal of Plaintiffs' Eighth Cause of Action Without Prejudice."

No discovery has taken place in this matter and it has not yet been reassigned to a new judge. There are no deadlines pending other that the time for filing the First Amended Complaint specified in the Order.

In order to enhance judicial economy, the Parties stipulate that the deadline for Plaintiffs to file and serve their First Amended Complaint may be extended and jointly respectfully request that

the Court enter an order extending the deadline for Plaintiffs to file their First Amended Complaint until April 30, 2008.

Respectfully submitted,

Dated: March 31, 2008        COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP

By:   /s/ Dario de Ghetaldi
         DARIO DE GHETALDI
         Attorneys for Plaintiffs and Members of the Class

Respectfully submitted,

Dated: March 31, 2008

By:   /s/ Peter Robbins
         PETER ROBBINS
         Department of Justice
         20 Massachusetts Avenue, N.W., Room 7142
         Washington, D.C.  20530
         Tel:  (202) 514-3953
         Attorneys for Defendant

## ORDER

Having reviewed the Parties' stipulation and good cause appearing, the deadline for Plaintiffs to file their First Amended Complaint is extended until April 30, 2008.

Dated:_____              _____
                                                                                     Hon. Martin J. Jenkins

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

Dana M. McRae - Bar No. 142231
Santa Cruz County Counsel
Office of the County Counsel
Government Center, County of Santa Cruz
701 Ocean Street, Room 505
Santa Cruz, CA 95060
Tel: 831-454-2040
Fax: 831-454-2115
Attorneys for the County of Santa Cruz

Steven M. Woodside - Bar No. 58684
Sonoma County Counsel
Office of the County Counsel
575 Administration Drive, Suite 105A
Santa Rosa, CA 95403
Tel: 707-565-2421
Fax: 707-565-2624
Attorneys for the County of Sonoma

John J. Sansone - Bar No. 103060
San Diego County Counsel
Office of the County Counsel
County Administration Center
1600 Pacific Highway, Room 355
San Diego, CA 92101
Tel: 619-531-4860
Fax: 619-531-6005
Attorneys for the County of San Diego

Patrick K. Faulkner - Bar No. 70801
Marin County Counsel
Jack F. Govi - Bar No. 88483
Assistant Marin County Counsel
Mari-Ann Gibbs Rivers - Bar No. 117053
Deputy Marin County Counsel
Office of the County Counsel
3501 Civic Center Drive, Suite 303
San Rafael, CA 94903
Tel: 415-499-6117
Fax: 415-499-3796
Attorneys for the County of Marin

Stephen Shane Stark - Bar No. 63779
Santa Barbara County Counsel
Celeste E. Andersen - Bar No. 141965
Deputy Santa Barbara County Counsel
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101
Tel: 805-568-2950
Fax: 805-568-2982
Attorneys for the County of Santa Barbara

R. Wyatt Cash - Bar No. 47563
San Luis Obispo County Counsel
Rita L. Neal - Bar No. 151156
Deputy San Luis Obispo County Counsel
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408
Tel: 805-781-5400
Fax: 805-781-4221
Attorneys for the County of San Luis Obispo

Charles J. McKee - Bar No. 152458
Monterey County Counsel
William M. Litt - Bar No. 166614
Deputy Monterey County Counsel
Office of the County Counsel
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Tel: 831-755-5045
Fax: 831-755-5283
Attorneys for the County of Monterey