1  Dario de Ghetaldi - Bar No. 126782
   Jerry E. Nastari - Bar No. 151756
2  Amanda L. Riddle - Bar No. 215221
   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
3  700 El Camino Real
   P.O. Box 669
4  Millbrae, California  94030-0669
   Telephone: (650) 871-5666
5  Facsimile: (650) 871-4144

6  Colleen Duffy Smith - Bar No. 161163
   Michael G. Reedy - Bar No. 161002
7  MCMANIS, FAULKNER & MORGAN
   50 West San Fernando Street, Suite 1000
8  San Jose, CA 95113
   Telephone: (408) 279-8700
9  Facsimile: (408) 279-3244

10 Plaintiffs' Co-Counsel
   [Other Counsel on Signature Page]
11
   PETER D. KEISLER
12 SCOTT N. SCHOOLS
   SHEILA M. LIEBER
13 PETER ROBBINS
   U.S. Department of Justice
14 20 Massachusetts Ave, NW, Room 7142
   Washington, DC  20530
15 Telephone:    (202) 514-3953
   Facsimile:    (202) 616-8470
16 Email:  peter.robbins@usdoj.gov

17 Attorneys for Defendant

18
                    IN THE UNITED STATES DISTRICT COURT
19
                      NORTHERN DISTRICT OF CALIFORNIA
20

21
   COUNTY OF SANTA CRUZ, et al.      )  Case No. C 07-2888 MJJ
22                                   )
            Plaintiffs,               )
23                                   )  **STIPULATION AND [REDACTED]**
       v.                            )  **ORDER EXTENDING TIME FOR**
24                                   )  **PLAINTIFFS TO FILE THEIR FIRST**
   MICHAEL O. LEAVITT,               )  **AMENDED COMPLAINT**
25                                   )
            Defendant.                )
26                                   )
                                     )
27

28

STIPULATION AND [REDACTED] ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT; CASE NO. C 07-2888 MJJ

**STIPULATION**

On June 4, 2007, Plaintiffs, seven California counties that provide Part B Medicare services, filed a class action complaint asserting eight causes of action: 1) Denial of Equal Protection; 2) Deprivation of Due Process Rights; 3) Seeking a Declaration that 42 U.S.C. § 1395w-4(J)(2) Is Unconstitutional as Applied; 4) Seeking a Declaration that 42 C.F.R. § 414.4 Is Unconstitutional as Applied; 5) Unlawful Withholding or Delay in Reconfiguration of Locality Structure; 6) Arbitrary, Capricious or Abuse of Discretion in Failure to Reconfigure Locality Structure; 7) Denial of Statutory Right to Reconfiguration; And 8) Unlawful Delegation of Duty to Reconfigure.

After hearing the Defendant's Motion to Dismiss on January 15, 2008, the Court issued an Order Granting Defendant's Motion to Dismiss (Document 57) (the "Order"). The Court dismissed Plaintiffs' statutory claims (the Fifth, Sixth, and Seventh Causes of Action) for lack of subject matter jurisdiction under 42 U.S.C. section 1395w-4(i)(1)(D). The Court dismissed Plaintiffs' Fifth Amendment due process and equal protection claims (the First, Second, Third, and Fourth Causes of Action) for failure to state a claim, finding that the named Plaintiffs, which are all political subdivisions of the State of California, do not qualify as "persons" within the meaning of the Fifth Amendment. The Court dismissed with leave to amend Plaintiffs' unlawful delegation claim (the Eighth Cause of Action) finding that Plaintiffs had not adequately pleaded the claim in a manner that demonstrates they have a constitutional basis that might confer subject matter jurisdiction on this Court. Plaintiffs were given twenty (20) days within which to file their amended complaint, if any.

On March 31, 2008, Plaintiffs anticipate filing an "Ex-Parte Motion Requesting Entry of Judgment Under Rule 54(b) as to Plaintiffs' First Seven Causes of Action, and a Stay of the Eighth Cause of Action Pending Appeal; or Alternatively, Voluntary Dismissal of Plaintiffs' Eighth Cause of Action Without Prejudice."

No discovery has taken place in this matter and it has not yet been reassigned to a new judge. There are no deadlines pending other that the time for filing the First Amended Complaint specified in the Order.

In order to enhance judicial economy, the Parties stipulate that the deadline for Plaintiffs to file and serve their First Amended Complaint may be extended and jointly respectfully request that

1

1  the Court enter an order extending the deadline for Plaintiffs to file their First Amended Complaint
2  until April 30, 2008.

3                                         Respectfully submitted,

4  Dated: March 31, 2008           COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP

5
6                                  By:  /s/ Dario de Ghetaldi
                                   DARIO DE GHETALDI
7                                     Attorneys for Plaintiffs and Members of the Class

8                                         Respectfully submitted,
9  Dated: March 31, 2008

10                                   By:  /s/ Peter Robbins
                                   PETER ROBBINS
11                                    Department of Justice
                                   20 Massachusetts Avenue, N.W., Room 7142
12                                    Washington, D.C. 20530
                                   Tel: (202) 514-3953
13                                    Attorneys for Defendant

14
15                                                  **ORDER**

16     Having reviewed the Parties' stipulation and good cause appearing, the deadline for Plaintiffs
17 to file their First Amended Complaint is extended until April 30, 2008.

18 Dated: 4/1/2008                                      _/s/ Martin J. Jenkins_
19                                                 Hon. Martin J. Jenkins

20
21
22
23
24
25
26
27
28

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

Dana M. McRae - Bar No. 142231
Santa Cruz County Counsel
Office of the County Counsel
Government Center, County of Santa Cruz
701 Ocean Street, Room 505
Santa Cruz, CA 95060
Tel: 831-454-2040
Fax: 831-454-2115
Attorneys for the County of Santa Cruz

Steven M. Woodside - Bar No. 58684
Sonoma County Counsel
Office of the County Counsel
575 Administration Drive, Suite 105A
Santa Rosa, CA 95403
Tel: 707-565-2421
Fax: 707-565-2624
Attorneys for the County of Sonoma

John J. Sansone - Bar No. 103060
San Diego County Counsel
Office of the County Counsel
County Administration Center
1600 Pacific Highway, Room 355
San Diego, CA 92101
Tel: 619-531-4860
Fax: 619-531-6005
Attorneys for the County of San Diego

Patrick K. Faulkner - Bar No. 70801
Marin County Counsel
Jack F. Govi - Bar No. 88483
Assistant Marin County Counsel
Mari-Ann Gibbs Rivers - Bar No. 117053
Deputy Marin County Counsel
Office of the County Counsel
3501 Civic Center Drive, Suite 303
San Rafael, CA 94903
Tel: 415-499-6117
Fax: 415-499-3796
Attorneys for the County of Marin

Stephen Shane Stark - Bar No. 63779
Santa Barbara County Counsel
Celeste E. Andersen - Bar No. 141965
Deputy Santa Barbara County Counsel
Office of the County Counsel
105 East Anapamu, Suite 201
Santa Barbara, CA 93101
Tel: 805-568-2950
Fax: 805-568-2982
Attorneys for the County of Santa Barbara

R. Wyatt Cash - Bar No. 47563
San Luis Obispo County Counsel
Rita L. Neal - Bar No. 151156
Deputy San Luis Obispo County Counsel
Office of the County Counsel
1055 Monterey Street, Suite D320
San Luis Obispo, CA 93408
Tel: 805-781-5400
Fax: 805-781-4221
Attorneys for the County of San Luis Obispo

Charles J. McKee - Bar No. 152458
Monterey County Counsel
William M. Litt - Bar No. 166614
Deputy Monterey County Counsel
Office of the County Counsel
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Tel: 831-755-5045
Fax: 831-755-5283
Attorneys for the County of Monterey