1   DARIO de GHETALDI (126782)
2   JERRY E. NASTARI (151756)
    AMANDA L. RIDDLE (215221)
3   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
    700 El Camino Real
4   P.O. Box 669
    Millbrae, CA 94030
5   Telephone:     (650) 871-5666
    Facsimile:     (650) 871-4144
6
7   COLLEEN DUFFY SMITH (161163)
    MICHAEL G. REEDY (161002)
8   McMANIS FAULKNER & MORGAN
    A Professional Corporation
9   50 West San Fernando Street, 10th Floor
    San Jose, California 95113
10  Telephone:     (408) 279-8700
    Facsimile:     (408) 279-3244
11
12  Plaintiffs' Co-Counsel
    [Other Counsel on Signature Page]
13

14

15              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16

17  COUNTY OF SANTA CRUZ, ET AL.,          Case No. C 07-2888 JSW

18          Plaintiffs,                     **[PROPOSED] ORDER GRANTING EX-**
                                            **PARTE MOTION REQUESTING;**
19  vs.                                     **ENTRY OF JUDGMENT UNDER RULE**
                                            **54(B) AS TO PLAINTIFFS' FIRST**
20  MICHAEL O. LEAVITT,                     **SEVEN CAUSES OF ACTION, AND A**
                                            **STAY OF THE EIGHTH CAUSE OF**
21          Defendant.                      **ACTION, PENDING APPEAL OR**
                                            **ALTERNATIVELY,VOLUNTARY**
22                                          **DISMISSAL OF PLAINTIFFS' EIGHTH**
                                            **CAUSE OF ACTION WITHOUT**
23                                          **PREJUDICE**
24

25          On March 31, 2008, Plaintiffs, COUNTY OF SANTA CRUZ, et al., submitted an Ex-
26
    Parte Motion Requesting Entry of Judgment Under Rule 54(b), As To Plaintiffs' First Seven
27
                                              1
28  [PROPOSED] ORDER RE EX-PARTE MOTION FOR RULE 54(b) CERTIFICATION, OR VOLUNTARY
    DISMISSAL

                                                              CASE NO. C 07-2888 JSW

1   Causes Of Action, And A Stay Of the Eighth Cause of Action, Pending Appeal, Or

2   Alternatively, Voluntary Dismissal of Plaintiffs' Eighth Cause Of Action Without Prejudice (the

3   "Plaintiffs' Motion").

4          No opposition to Plaintiffs' Motion was filed by Defendant, MICHAEL O. LEAVITT.

5          The Court, having reviewed the memorandum of points and authorities filed in support of

6   the Plaintiffs' Motion, no opposition having been submitted by Defendant, and good cause

7   appearing therefore, issues the following order:

8          1.      PLAINTIFFS' MOTION IS GRANTED

9                  a.      Pursuant to Fed.R.Civ.P. 54(b), the Court hereby directs entry of final

10  judgment as to the first seven causes of action of Plaintiffs' complaint, which are:  1) Denial Of

11  Equal Protection; 2) Deprivation of Due Process Rights; 3) Seeking a Declaration that 42 U.S.C.

12  Section 1395w-4(J)(2) is Unconstitutional as Applied; 4) Seeking a Declaration that 42 C.F.R.

13  Section 414.4 is Unconstitutional as Applied; 5) Unlawful Withholding or Delay in

14  Reconfiguration of Locality Structure; 6) Arbitrary, Capricious or Abuse of Discretion in Failure

15  to Reconfigure Locality Structure; and 7) Denial of Statutory Right to Reconfiguration.

16                 b.      As to Plaintiffs' eighth cause of action alleging Unlawful Delegation of

17  Duty to Reconfigure, the Court stays all proceedings on the eighth cause of action until further

18  notice, pending appeal by the parties.

19                      ■  OR ALTERNATIVELY

20         2.      Plaintiffs' request under Fed.R.Civ.P. 41(a)(2), for voluntary dismissal without

21  prejudice as to the eighth cause of action alleging Unlawful Delegation of Duty to Reconfigure,

22  is granted.

23  DATED:        April ____, 2008

24                                          _____
                                            HON. JEFFREY S. WHITE
25                                          United States District Judge

26

27  _____    2
    [PROPOSED] ORDER RE EX-PARTE MOTION FOR RULE 54(b) CERTIFICATION, OR VOLUNTARY
28  DISMISSAL

                                                                    CASE NO. C 07-2888 JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed order respectfully submitted by:

DATED:  April 8, 2008                    MCMANIS FAULKNER & MORGAN


_____/S/_____
COLLEEN DUFFY SMITH
Attorneys for Plaintiffs

---

3

[PROPOSED] ORDER RE EX-PARTE MOTION FOR RULE 54(b) CERTIFICATION, OR VOLUNTARY DISMISSAL

CASE NO. C 07-2888 JSW

1

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

2

Dana M. McRae - Bar No. 142231                     Stephen Shane Stark - Bar No. 63779
Santa Cruz County Counsel                          Santa Barbara County Counsel

3

Office of the County Counsel                       Celeste E. Andersen - Bar No. 141965
Government Center, County of Santa Cruz            Deputy Santa Barbara County Counsel

4

701 Ocean Street, Room 505                         Office of the County Counsel

5

Santa Cruz, CA 95060                               105 East Anapamu, Suite 201
Tel: 831-454-2040                                  Santa Barbara, CA 93101

6

Fax: 831-454-2115                                  Tel: 805-568-2950
Attorneys for Plaintiff County of Santa Cruz       Fax: 805-568-2982

7

                                                   Attorneys for Plaintiff County of Santa

8

Steven M. Woodside - Bar No. 58684                 Barbara
Sonoma County Counsel

9

Office of the County Counsel                       R. Wyatt Cash - Bar No. 47563
575 Administration Drive, Suite 105A               San Luis Obispo County Counsel

10

Santa Rosa, CA 95403                               Rita L. Neal - Bar No. 151156
Tel: 707-565-2421                                  Deputy San Luis Obispo County Counsel

11

Fax: 707-565-2624                                  Office of the County Counsel

12

Attorneys for Plaintiff County of Sonoma           1055 Monterey Street, Suite D320
                                                   San Luis Obispo, CA 93408

13

John J. Sansone - Bar No. 103060                   Tel: 805-781-5400
San Diego County Counsel                           Fax: 805-781-4221

14

Office of the County Counsel                       Attorneys for Plaintiff County of San Luis
County Administration Center                       Obispo

15

1600 Pacific Highway, Room 355

16

San Diego, CA 92101
Tel:619-531-4860

17

Fax: 619-531-6005
Attorneys for Plaintiff County of San Diego

18

19

Patrick K. Faulkner - Bar No. 70801
Marin County Counsel

20

Jack F. Govi - Bar No. 88483
Assistant Marin County Counsel

21

Mari-Ann Gibbs Rivers - Bar No. 117053
Deputy Marin County Counsel

22

Office of the County Counsel

23

3501 Civic Center Drive, Suite 303
San Rafael, CA 94903

24

Tel: 415-499-6117
Fax: 415-499-3796

25

Attorneys for Plaintiff County of Marin

26

27

4

28

[PROPOSED] ORDER RE EX-PARTE MOTION FOR RULE 54(b) CERTIFICATION, OR VOLUNTARY
DISMISSAL