1  DARIO de GHETALDI (126782)
   JERRY E. NASTARI (151756)
2  AMANDA L. RIDDLE (215221)
3  COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
   700 El Camino Real
4  P.O. Box 669
   Millbrae, CA 94030
5  Telephone:    (650) 871-5666
   Facsimile:    (650) 871-4144
6
7  COLLEEN DUFFY SMITH (161163)
   MICHAEL G. REEDY (161002)
8  McMANIS FAULKNER & MORGAN
   A Professional Corporation
9  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
10 Telephone:    (408) 279-8700
   Facsimile:    (408) 279-3244
11
12 Plaintiffs' Co-Counsel
   [Other Counsel on Signature Page]
13

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL O. LEAVITT, <br><br> Defendant. | Case No. C 07-2888 JSW <br><br> **[PROPOSED] ORDER GRANTING EX-PARTE MOTION REQUESTING; ENTRY OF JUDGMENT UNDER RULE 54(B) AS TO PLAINTIFFS' FIRST SEVEN CAUSES OF ACTION, AND A STAY OF THE EIGHTH CAUSE OF ACTION, PENDING APPEAL OR ALTERNATIVELY, VOLUNTARY DISMISSAL OF PLAINTIFFS' EIGHTH CAUSE OF ACTION WITHOUT PREJUDICE** |

On March 31, 2008, Plaintiffs, COUNTY OF SANTA CRUZ, et al., submitted an Ex-Parte Motion Requesting Entry of Judgment Under Rule 54(b), As To Plaintiffs' First Seven

---
1
[PROPOSED] ORDER RE EX-PARTE MOTION FOR RULE 54(b) CERTIFICATION, OR VOLUNTARY DISMISSAL

CASE NO. C 07-2888 JSW

1  Causes Of Action, And A Stay Of the Eighth Cause of Action, Pending Appeal, Or
2  Alternatively, Voluntary Dismissal of Plaintiffs' Eighth Cause Of Action Without Prejudice (the
3  "Plaintiffs' Motion").
4      No opposition to Plaintiffs' Motion was filed by Defendant, MICHAEL O. LEAVITT.
5      The Court, having reviewed the memorandum of points and authorities filed in support of
6  the Plaintiffs' Motion, no opposition having been submitted by Defendant, and good cause
7  appearing therefore, issues the following order:
8      ~~1.     PLAINTIFFS' MOTION IS GRANTED~~
9      ~~a.     Pursuant to Fed.R.Civ.P. 54(b), the Court hereby directs entry of final~~
10 ~~judgment as to the first seven causes of action of Plaintiffs' complaint, which are: 1) Denial Of~~
11 ~~Equal Protection; 2) Deprivation of Due Process Rights; 3) Seeking a Declaration that 42 U.S.C.~~
12 ~~Section 1395w-4(J)(2) is Unconstitutional as Applied; 4) Seeking a Declaration that 42 C.F.R.~~
13 ~~Section 414.4 is Unconstitutional as Applied; 5) Unlawful Withholding or Delay in~~
14 ~~Reconfiguration of Locality Structure; 6) Arbitrary, Capricious or Abuse of Discretion in Failure~~
15 ~~to Reconfigure Locality Structure; and 7) Denial of Statutory Right to Reconfiguration.~~
16      ~~b.     As to Plaintiffs' eighth cause of action alleging Unlawful Delegation of~~
17 ~~Duty to Reconfigure, the Court stays all proceedings on the eighth cause of action until further~~
18 ~~notice, pending appeal by the parties.~~
19              ■ ~~OR ALTERNATIVELY~~
20      2.     Plaintiffs' request under Fed.R.Civ.P. 41(a)(2), for voluntary dismissal without
21 prejudice as to the eighth cause of action alleging Unlawful Delegation of Duty to Reconfigure,
22 is granted.
23 DATED:    April  9  , 2008
24                                  *[signature: Jeffrey S. White]*
                                    HON. JEFFREY S. WHITE
25                                  United States District Judge
26
27                                       2
28 [~~PROPOSED~~] ORDER RE EX-PARTE MOTION FOR RULE 54(b) CERTIFICATION, OR VOLUNTARY DISMISSAL
                                                              CASE NO. C 07-2888 JSW