IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CRUZ, et al.,

    Plaintiffs,                         No. C 07-02888 JSW

    v.

MICHAEL O. LEAVITT,                     **JUDGMENT**

    Defendant.

    Pursuant to the Order granting Plaintiffs' request to voluntarily their eighth cause of action without prejudice and the Order dismissing Plaintiffs' first seven causes of action, this action is DISMISSED. The Clerk is directed to close the file.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: April 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE