1  COLLEEN DUFFY SMITH (161163)
   MORGAN DUFFY-SMITH & TIDALGO LLP
2  1960 The Alameda, Suite 220
   San Jose, CA   95126
3  Telephone: (408) 244-4570
   Facsimile: (408) 423-8830
4  Email: cduffysmith@mdstlaw.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| COUNTY OF SANTA CRUZ, et al. | No. C 07-2888 JSW |
|---|---|
| Plaintiffs, | NOTICE OF ASSOCIATION OF COUNSEL |
| v. | |
| MICHAEL O. LEAVITT | |
| Defendant. | |

TO THE COURT AND THE ATTORNEYS FOR THE PARTIES in the above captioned action:

This is to notify you that Colleen Duffy-Smith, of Morgan Duffy-Smith & Tidalgo LLP, has been associated in as an Attorney of Record for the Plaintiffs. Her contact information is:

/ / /

1
2
3
4
5

MORGAN DUFFY SMITH & TIDALGO LLP
1960 The Alameda, Suite 220
San Jose, CA  95126
Telephone:  408-244-4570
Facsimile:  408-423-8830
Email:  cudffysmith@mdstlaw.com

6   Dated: June 5, 2008                                      MORGAN DUFFY-SMITH & TIDALGO
7
8                                                                      _____
                                                                            COLLEEN DUFFY-SMITH
9                                                                          Attorneys for Plaintiffs

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28