UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, *et al.* | Case No. 3:07-0288 |
| Plaintiffs, | Hon. Jeffrey S. White<br>Courtroom:  11<br>Hearing:  January 28, 2011, at 1:30 p.m. |
| v. | |
| KATHLEEN SEBILIUS, in her official capacity as Secretary, Department of Health and Human Services, | ORDER GRANTING UNOPPOSED REQUEST FOR DEFENSE COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| Defendant. | |

Before this Court is the unopposed request for defense counsel to participate by telephone in the Case Management Conference scheduled for Friday, January 28, 2011, at 1:30 p.m. In consideration of this request, it is hereby ORDERED that:

1.      Defendant's unopposed request is GRANTED;

and it is further ORDERED that;

2.      Defendant will contact the Courtroom Deputy at 415.522.4173 to provide

a telephone number where counsel can be reached.

So ordered.

Dated:   January 19, 2011

JEFFREY S. WHITE
U.S.D.J.