Dario de Ghetaldi - Bar No. 126782
deg@coreylaw.com
Jerry E. Nastari - Bar No. 151756
jen@coreylaw.com
Amanda L. Riddle - Bar No. 215221
alr@coreylaw.com
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, California 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144

Plaintiffs' Co-Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SAN DIEGO, COUNTY OF MARIN, COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS OBISPO, COUNTY OF MONTEREY, THEODORE M. MAZER, M.D., WOLBERS AND POREE MEDICAL CORPORATION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KATHLEEN SEBELIUS, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 3:07-cv-02888-JSW<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Hon. Jeffrey S. White<br>Courtroom: 11 |

**STIPULATION**

WHEREAS the parties have agreed to engage in direct settlement discussions of all issues raised in the First Amended Complaint;

WHEREAS the parties sought and received court approval on July 5, 2011, to defer all currently pending matters while those discussions are taking place;

WHEREAS counsel for the parties have been engaged in preliminary settlement discussions since July 5, 2011;

WHEREAS due to conflicting schedules, vacation plans, agency filing deadlines, and other commitments, counsel for the parties have only recently been able to schedule a meeting between representatives for both parties for early November 2011; and

WHEREAS there is a case management conference currently scheduled for September 30, 2011, at 1:30 p.m.;

THEREFORE, the parties hereby respectfully request by and through their counsel of record that the Court order that the Case Management Conference currently set for September 30, 2011, and all associated filing deadlines be taken off calendar while they pursue settlement discussions. The parties further respectfully request that the Court reschedule a case management conference to take place, pursuant to Local Civil Rule 16-10(a), with counsel for Defendant to appear by telephone, for early December 2011, at which time counsel will provide the Court with a status report on the progress of settlement discussions.

Dated: September 21, 2011

/s/ Dario de Ghetaldi
Dario de Ghetaldi
COREY, LUZAICH, PLISKA,
DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, California 94030-0669
(650) 871-5666
deg@coreylaw.com
Attorney for Plaintiffs

/s/ James D. Todd, Jr.
Brian Kennedy
Senior Trial Counsel
James D. Todd, Jr.
Senior Counsel
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
20 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 514-3378
james.todd@usdoj.gov
Attorneys for Defendant

1

1 **[PROPOSED] ORDER**

2     Based on the stipulation of the parties and good cause appearing, it is hereby ordered that
3 the Case Management Conference currently scheduled for September 30, 2011, and all associated
4 filing deadlines be taken off calendar. It is further ordered that the parties provide the court with a
5 status report of their settlement discussions at a case management conference on
6 December 9 , 2011, at 1:30 , at which counsel for Defendant may appear by
7 telephone.

8 Dated: September 23, 2011

                                                                                    Hon. Jeffrey S. White
                                                                                    District Judge