1 Dario de Ghetaldi - Bar No. 126782
deg@coreylaw.com
2 Jerry E. Nastari - Bar No. 151756
jen@coreylaw.com
3 Amanda L. Riddle - Bar No. 215221
alr@coreylaw.com
4 COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
5 P.O. Box 669
Millbrae, California 94030-0669
6 Telephone: (650) 871-5666
Facsimile: (650) 871-4144

Plaintiffs' Co-Counsel
[Other Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ, COUNTY OF SONOMA, COUNTY OF SAN DIEGO, COUNTY OF MARIN, COUNTY OF SANTA BARBARA, COUNTY OF SAN LUIS OBISPO, COUNTY OF MONTEREY, THEODORE M. MAZER, M.D., WOLBERS AND POREE MEDICAL CORPORATION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KATHLEEN SEBELIUS, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 3:07-cv-02888-JSW<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Hon. Jeffrey S. White<br>Courtroom: 11 |

**STIPULATION**

WHEREAS on September 23, 2011, Defendant, KATHLEEN SEBELIUS, Secretary of the United States Department of health and Human Services, through counsel, James D. Todd, Jr., and Plaintiffs, COUNTY OF SANTA CRUZ, et al., through counsel, Dario de Ghetaldi, entered into a Stipulation and Scheduling Order, Dkt 95, requesting that the Court order the Case Management Conference then set for September 30, 2011, and all associated filing deadlines be taken off calendar while the parties pursued settlement discussions;

WHEREAS the Court, based upon the stipulation of the parties and good cause appearing, ordered that the Case Management Conference then scheduled for September 30, 2011, and all associated filing deadlines be taken off calendar, and further ordered that the parties were to provide the Court with a status report of their settlement discussions at a case management conference on December 9, 2011, at 1:30 p.m., at which the Court ordered counsel for Defendant would be permitted to appear by telephone;

WHEREAS on November 2, 2011, counsel for the parties met in Washington, D.C., and engaged in direct settlement discussion of all issues raised in the First Amended Complaint;

WHEREAS on November 3, 2011, counsel, expert consultants, a representative of plaintiffs, agency administrators, and agency staff met in Baltimore, Maryland, and engaged in all-day direct settlement discussions of all issues raised in the First Amended Complaint;

WHEREAS since November 3, 2011, counsel for the parties have engaged in direct settlement discussions and exchange of data and other information on at least a weekly basis; and

WHEREAS it is contemplated that in January, 2012, counsel, expert consultants and party representatives will resume direct settlement discussions of all issues raised in the First Amended Complaint.

THEREFORE, the parties hereby respectfully request by and through their counsel of record that the Court order that the Case Management Conference scheduled for December 9, 2011, at 1:30 p.m., and all associated filing deadlines be taken off calendar while they continue to pursue settlement discussions. The parties further respectfully request that the Court reschedule a case management conference to take place, pursuant to Local Civil Rule 16-10(a), with counsel for

1  Defendant to appear by telephone, for mid-March, 2012, at which time counsel will provide the

2  Court with a status report on the progress of settlement discussions.

3  Dated: December 2, 2011

4

5  /s/ Dario de Ghetaldi                    /s/ James D. Todd, Jr.
   Dario de Ghetaldi                         Brian Kennedy
6  COREY, LUZAICH, PLISKA,                   Acting Assistant Director
   DE GHETALDI & NASTARI LLP                 James D. Todd, Jr.
7  700 El Camino Real                        Senior Counsel
   P.O. Box 669                              U.S. DEPARTMENT OF JUSTICE
8  Millbrae, California 94030-0669           CIVIL DIVISION
   (650) 871-5666                            FEDERAL PROGRAMS BRANCH
9  deg@coreylaw.com                          20 Massachusetts Avenue, N.W.
   Attorney for Plaintiffs                   Washington, DC 20001
10                                           (202) 514-3378
                                             james.todd@usdoj.gov
11                                           Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**[PROPOSED] ORDER**

Based on the stipulation of the parties and good cause appearing, it is hereby ordered that the hearing on Defendant's Motion to Dismiss the First Amended Complaint currently set for December 9, 2011, and all associated filing deadlines be taken off calendar. It is further ordered that the parties appear by telephone at a case management conference on ___March 16___, 2012, at _1:30 p.m._, to provide the Court with a status report of their settlement discussions.

Dated: ___December 5, 2011___

___/s/ Jeffrey S. White___
Hon. Jeffrey S. White
District Judge