Dario de Ghetaldi - Bar No. 126782
deg@coreylaw.com
Jerry E. Nastari - Bar No. 151756
jen@coreylaw.com
Amanda L. Riddle - Bar No. 215221
alr@coreylaw.com
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real
P.O. Box 669
Millbrae, California 94030-0669
(650) 871-5666
Attorneys for Plaintiffs
[Additional Plaintiffs' Counsel Follow Signature Page]

Stuart F. Delery
Acting Assistant Attorney General
Brian Kennedy
Acting Assistant Branch Director
James D. Todd, Jr.
Senior Counsel
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
20 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 514-3378
james.todd@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KATHLEEN SEBELIUS, Secretary of the ) <br> Department of Health and Human ) <br> Services, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:07CV2888-JSW <br> Hon. Jeffrey S. White <br> Courtroom: 11 <br> Hearing: June 29, 2012, 1:30 p.m. <br><br> STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MARCH 23, 2012 BRIEF |

Pursuant to Civil L.R. 6-2, and for good cause shown, the parties stipulate that the time for defendant to respond to plaintiffs' March 23, 2012 brief, *see* Br. re Defects in Admin. Record, ECF No. 107, shall be extended from April 2, 2012 until April 13, 2012. Pursuant to Civil L.R, 6-2(a)(1), and in support of this stipulation, the parties state as follows:

1. On March 9, 2012, the parties filed a joint case management statement. *See* Case Mgt. Statement, ECF No. 104. On March 13, 2012, this Court issued an Order. *See* Order re Briefing, ECF No. 106. The Court ordered plaintiffs to file a five-page brief by March 23, 2012, and defendant to file a five-page response by April 2, 2012. *See id.* The Court also ordered the parties to file a case management statement by June 22, 2012, and set a case management conference for June 29, 2012. *See id.* Plaintiffs filed their brief on March 23, 2012. *See* Br. Re Defects in Admin. Record, ECF No. 107.

2. Undersigned counsel for defendant has a number of upcoming personal obligations and commitments require him to be out of the office for the next two weeks and which will prevents defendant from having adequate time to prepare a file a response to plaintiffs' March 23, 2012 brief by April 2, 2012.

3. The parties agree that, in light of the upcoming personal obligations and commitments of undersigned counsel for defendant, a 14-day extension of time for defendant to prepare and file a response to plaintiffs' brief is reasonable and appropriate. Pursuant to Civil L.R. 6-2(a)(2), the parties agree that this is the first extension of time sought by defendants in this matter. Pursuant to Civil L.R. 6-2(a)(3), the parties further agree that this extension of time will not affect the dates set for the Case Management Statement and Case Management Conference.

///

///

///

///

Stip. to Extend Time for Def. to Respond to Pls.' Br. Re Admin. Record Defects, No. 3:07CV2888-JSW

Accordingly, for good cause shown, the time for defendant to file a response to plaintiffs' March 23, 2012 brief shall be extended from April 2, 2012 to April 13, 2012.

> Respectfully Submitted,
>
> COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
>
> /s/ Dario de Ghetaldi
> DARIO DE GHETALDI
> Attorney for Plaintiffs and Members of the Class
>
> /s/ James D. Todd, Jr.
> JAMES D. TODD, JR.
> Senior Counsel
> U.S. DEPARTMENT OF JUSTICE
> Attorney for Defendant

Dated: March 25, 2012

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 26, 2012

_____
JEFFREY S. WHITE
United States District Judge

3

Stip. to Extend Time for Def. to Respond to Pls.' Br. Re Admin. Record Defects, No. 3:07CV2888-JSW