UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ, *et al.* | Case No. 3:07-02888 |
| Plaintiffs, | Hon. Jeffrey S. White<br>Courtroom: 11<br>Hearing: June 29, 2012, at 1:30 p.m. |
| v. | |
| KATHLEEN SEBILIUS, Secretary, Department of Health and Human Services, | ORDER GRANTING UNOPPOSED REQUEST FOR DEFENSE COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| Defendant. | |

Before this Court is the unopposed request for defense counsel to participate by telephone in the Case Management Conference scheduled for Friday, June 29, 2012, at 1:30 p.m. In consideration of this request, it is hereby ORDERED that:

1.    Defendant's unopposed request is GRANTED;

and it is further ORDERED that;

Counsel shall supply this Court's courtroom deputy, Jennifer Ottolini, with a direct land
2.    ~~Defendant will make arrangements for a conference call telephone number and~~
line telephone number by no later than noon on Thursday, June 28, 2012.
~~provide that number to the Court and all parties.~~

So ordered.

Dated:  June 26, 2012

_Jeffrey S. White_
JEFFREY S. WHITE
United States District Judge

---

**Order Granting Unopposed Request For Defense Counsel to Participate in Case Management Conference by Telephone 3:07-cv-2888-JSW**