IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA CRUZ COUNTY, et al.,

    Plaintiffs,

v.

KATHLEEN SEBELIUS,

    Defendant.
                                    /

No. C 07-02888 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court HEREBY VACATES the case management conference and will reset one, if necessary, after resolution of the anticipated motion to dismiss or, in the alternative, for summary judgment. The Court adopts the parties' proposed briefing schedule and, thus, sets the hearing on Defendant's motion to dismiss or, in the alternative, for summary judgment for November 2, 2012. To the extent any discovery is required, the Court HEREBY STAYS discovery until the resolution of Defendant's anticipated motion. Once the Court resolves Defendant's motion to dismiss or, in the alternative, for summary judgment, the Court will determine whether any discovery is permitted.

**IT IS SO ORDERED.**

Dated: June 27, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE