IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA CRUZ COUNTY, et al.,

    Plaintiffs,                              No. C 07-02888 JSW

    v.

KATHLEEN SEBELIUS,                         **ORDER REGARDING DEFENDANT'S ADMINISTRATIVE MOTION**

    Defendant.
_____/

        The Court has reviewed and considered Defendant's administrative motion to extend the deadline for filing her reply and for additional pages, as well Plaintiffs' opposition thereto. The Court HEREBY extends Defendant's deadline to file her reply to October 26, 2012 and CONTINUES the hearing to on the pending motions to December 7, 2012. The Court DENIES Defendant's request for additional pages.

        **IT IS SO ORDERED.**

Dated: October 5, 2012

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE