| | |
|---|---|
| 1 | Dario de Ghetaldi - Bar No. 126782 |
| | deg@coreylaw.com |
| 2 | Jerry E. Nastari - Bar No. 151756 |
| | jen@coreylaw.com |
| 3 | Amanda L. Riddle - Bar No. 215221 |
| | alr@coreylaw.com |
| 4 | COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP |
| | 700 El Camino Real |
| 5 | P.O. Box 669 |
| | Millbrae, California 94030-0669 |
| 6 | Telephone: (650) 871-5666 |
| | Facsimile: (650) 871-4144 |
| 7 | |
| | Colleen Duffy-Smith - Bar No. 161163 |
| 8 | cduffysmith@mdstlaw.com |
| | MORGAN DUFFY-SMITH & TIDALGO LLP |
| 9 | 1960 The Alameda, Suite 220 |
| | San Jose, CA 95126 |
| 10 | Telephone: 408-244-4570 |
| | Facsimile: 408-882-7927 |
| 11 | |
| 12 | Attorneys for Plaintiffs |
| | [Additional Plaintiffs' Counsel Follow Signature Page] |
| 13 | Stuart F. Delery |
| | Principal Deputy Assistant Attorney General |
| 14 | Brian Kennedy |
| | Senior Trial Counsel |
| 15 | James D. Todd, Jr. |
| | Senior Counsel |
| 16 | U.S. DEPARTMENT OF JUSTICE |
| | CIVIL DIVISION |
| 17 | FEDERAL PROGRAMS BRANCH |
| | 20 Massachusetts Avenue, N.W. |
| 18 | Washington, DC 20001 |
| | (202) 514-3378 |
| 19 | james.todd@usdoj.gov |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| COUNTY OF SANTA CRUZ, *et al.*, | ) | Case No. 3:07CV2888-JSW |
| | ) | Hon. Jeffrey S. White |
| Plaintiffs, | ) | Courtroom: 11 |
| | ) | Hearing: N/A |
| v. | ) | |
| | ) | STIPULATION TO SET A BRIEFING |
| KATHLEEN SEBELIUS, Secretary of the | ) | SCHEDULE |
| Department of Health and Human | ) | |
| Services, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Stip. to Set a Briefing Schedule., No. 3:07CV2888-JSW

1    Pursuant to Fed. R. Civ. P. 7 & 16 and Civ. L.R. 6-1 and 7-7, the parties stipulate to the following briefing schedule and state as follows:

1. On January 17, 2013, plaintiffs filed their second amended complaint, comprised of 317 paragraphs, 18 Exhibits, and stating three causes of action. Pursuant to Fed. R. Civ. P. 12, defendant must file a response no later than February 4, 2013.
2. In light of the complexity of the issues raised by plaintiffs' second amended complaint, the parties have agreed to the following briefing schedule:
3. Defendant will file a motion to dismiss or, in the alternative, for summary judgment, no later than February 15, 2013, of no more than 30 pages in length.
4. Plaintiffs will file their opposition to defendant's motion no later than March 15, 2013, of no more than 30 pages in length.
5. Defendant will file her reply in support of her motion no later than April 5, 2013, of no more than 20 pages in length.[1]
6. The Court will hold a hearing on defendant's motion on April 19, ~~2013, or, in light of the complexity of the issues before the Court, if the Court prefers, on May 3, 2013~~.[2]

---

[1] The parties note that defendant's counsel will be on a family vacation from March 22 until April 1, 2013.

[2] The parties note that plaintiffs' counsel will be unavailable April 26, 2013, and that defendant's counsel will be unavailable May 10, 17 and 24, 2013.

2

Stip. to Set a Briefing Schedule., No. 3:07CV2888-JSW

Respectfully Submitted,

COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP

By: /s/ Dario de Ghetaldi
DARIO DE GHETALDI
Attorney for Plaintiffs and Members of the Class

/s/ James D. Todd, Jr.
James D. Todd, Jr.
U.S. DEPARTMENT OF JUSTICE
Attorney for Defendant

Dated: February 2, 2013

So Ordered.

Dated: February 4, 2013

_____
JEFFREY S. WHITE
United States District Court Judge