IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA CRUZ COUNTY, et al.,

    Plaintiffs,

v.

KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services

    Defendant.

No. C 07-02888 JSW

**ORDER REGARDING DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Now before the Court is the motion to dismiss or, in the alternative, for summary judgment filed by Defendant. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for April 19, 2013 is hereby VACATED. The Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: April 17, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE